IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

04 10161 REK

MAGISTRATE JUDGE Cohen

| | |
|---|---|
| ROBERT J. ZAMMITO, JR.;<br>PAUL M. ZAMMITO;<br>CHRISTOPHER ZAMMITO; and<br>VALARIE A. MORDINI,<br>    Plaintiffs and Counterclaim Defendants | )<br>)<br>)<br>)<br>) |
| v. | ) |
| HARRY W. HEALEY, JR., GRANTOR TRUST and<br>PETER W. HEALEY as Trustee of<br>HARRY W. HEALEY, JR., GRANTOR TRUST,<br><br>    Defendants and Counterclaim Plaintiffs | )<br>)<br>)<br>)<br>) |
| HARRY W. HEALEY, JR. individually, and as Trustee of<br>THE HUNTINGTON FORBES CHARITABLE<br>REMAINDER TRUST;<br><br>HUNTINGTON FORBES, LTD.;<br>STANTON CUMMINGS, LTD.;<br>PETER W. HEALEY, as Trustee of<br>THE HEALEY GRANDCHILDREN'S TRUST – II,<br>    Third Party Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| ROBERT J. ZAMMITO, SR.;<br>VALERIE L. ZAMMITO;<br>ASA HOLDING COMPANY, INC.; and<br>THE ASA HOLDINGS LP,<br>    Third Party Defendants | )<br>)<br>)<br>)<br>) |
| MELLON BANK (aka Mellon Trust of New England),<br>    Bank Trustee | )<br>) |

**DEFENDANTS' NOTICE OF REMOVAL**

The Defendant and Counterclaim Plaintiffs in the above referenced matter respectfully file this Notice of Removal pursuant to 28 U.S.C., Section 1441 (a), removing the above captioned action from the Superior Court of Suffolk County Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. As grounds for removal, the Defendant and Counterclaim Plaintiffs state as follows:

1. On December 24, 2003, Robert J. Zammito, Jr., Paul M. Zammito, Christopher Zammito and Valarie A. Mordini (collectively "plaintiffs") commenced this action against the Defendants and Counterclaim Plaintiffs by filing a complaint in the Massachusetts Superior Court entitled *Robert J. Zammito, Jr., Paul M. Zammito, Christopher Zammito and Valarie A. Mordini v. Harry W. Healey, Grantor Trust and Peter W. Healey, As Trustee*, Suffolk Superior Court, Civil Action No: 03-6083BLS (the "Complaint"), a copy of which is appended hereto as Exhibit 1.

2. The Complaint, together with a Summons, was served upon the Defendants and Counterclaim Plaintiffs on January 8, 2004. A copy of the Summons together with the Deputy Sheriff's Return of Service is appended hereto as Exhibit 2.

3. Plaintiffs allege that the Defendant and Counterclaim Plaintiff, the Harry W. Healey, Jr., Grantor Trust is a Massachusetts Grantor Trust and that the Grantor, Harry W. Healey, Jr., is a resident of the Commonwealth of Massachusetts and that the Defendant and Counterclaim Plaintiff, Peter W. Healey, Trustee is also a resident of the Commonwealth of Massachusetts.

4. The Defendants and Counterclaim Plaintiffs have brought a counterclaim against the Plaintiffs alleging violation of 18 U.S.C., Sections 1961-1968, the Racketeer Influenced and Corrupt Organizations Act. Thus, the controversy involves a Federal question or claim or right arising under the Constitution, Treaties or Laws of the United States and is removable without regard to the citizenship or residence of the parties pursuant to 28 U.S.C., Section 1441(b). A copy of the Answer and Counterclaim of the Defendants and Counterclaim Plaintiffs is attached hereto as Exhibit 3.

5. In their counterclaim, the Defendants and Counterclaim Plaintiffs assert a right to recover the sum of at least $3,369,641, exclusive of interest, costs, punitive damages, attorneys fees and other damages.

## CONCLUSION

**WHEREFORE,** the Defendants and Counterclaim Plaintiffs say that this Court has original jurisdiction founded on a claim involving a Federal question or claim or right arising under the Constitution, Treaties or Laws of the United States and is properly removable pursuant to 28 U.S.C., Section 1441(b).

Respectfully submitted;

THE DEFENDANTS,
COUNTERCLAIM PLAINTIFFS, and
THIRD PARTY PLAINTIFFS

By their attorneys:

_____
Stephen J. Lyons
(BBO#309840)
KLIEMAN, LYONS, SCHINDLER
 & GROSS
21 Custom House Street
Boston MA 02110
Telephone: 617.443.1000

Dated: January 23, 2004

## CERTIFICATE OF SERVICE

I, Stephen J. Lyons, hereby certify that a true copy of the above document was served upon the attorney of record for each other party via first class mail on January 23, 2004.

_____
Stephen J. Lyons