UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-101610REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR.,<br>PAUL M. ZAMMITO,<br>CHRISTOPHER ZAMMITO and<br>VALARIE A. MORDINI,<br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>HARRY W. HEALEY, JR., GRANTOR TRUST<br>and PETER W. HEALEY, as Trustee of<br>HARRY W. HEALEY, JR., GRANTOR TRUST,<br>    Defendants and Counterclaim Plaintiffs<br><br>HARRY W. HEALEY, JR., individually, as<br>Trustee of THE HUNTINGTON FORBES<br>CHARITABLE REMAINDER TRUST,<br><br>HUNTINGTON FORBES, LTD.,<br>STANTON CUMMINGS, LTD.,<br>PETER W. HEALEY, as Trustee of<br>THE HEALEY GRANDCHILDRENS'S TRUST – II,<br>    Third Party Plaintiffs,<br><br>v.<br><br>ROBERT J. ZAMMITO, SR.,<br>VALERIE L. ZAMMITO,<br>ASA HOLDING COMPANY, INC., and<br>THE ASA HOLDINGS LP,<br>    Third Party Defendants,<br><br>MELLON BANK (aka Mellon Trust of New England),<br>    Bank Trustee | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION OF PLAINTIFFS/COUNTERCLAIM DEFENDANTS AND THE THIRD PARTY DEFENDANTS TO DISMISS THE CIVIL RICO CLAIMS UNDER RULE 12(b)(6)

Plaintiffs/Counterclaim Defendants, Robert J. Zammito, Jr., Paul M. Zammito,

Christopher Zammito and Valarie A. Mordini ("Plaintiffs") and the Third Party

Defendants Robert J. Zammito, Sr., Valerie L. Zammito, ASA Holdings, Inc., ASA Holdings LP (the "Third Party Defendants") hereby move, pursuant to Fed.R.Civ.P. 12(b)(6) to dismiss the Civil RICO Claims asserted against them. As grounds therefor, and as set forth in greater detail in the Memorandum of Law submitted herewith, the movants are entitled to the dismissal where the allegations against them pursuant to the Civil RICO Statute are time barred because the first injury allegedly suffered by the Third Party Plaintiffs/Counterclaim Plaintiffs occurred more than four (4) years ago.

In further support of this Motion, the Plaintiffs/Counterclaim Defendants and Third Party Defendants direct this Court to the Memorandum of Law submitted herewith.

**WHEREFORE**, the Counterclaim Defendants and Third Party Defendants respectfully request that this Court enter an Order:

1. Dismissing Counts I, X, XVI, XXIII, XXX, XXXVII of the Counterclaim and Third Party Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because said Counts are beyond the statute of limitations; and

2. For such other and further relief as the Court deems just and proper.

### RULE 7.1 CERTIFICATION

I, Timothy M. Mitchelson, state that on February 11, 2004, I spoke with counsel for the Defendants in a good faith attempt to resolve or narrow issues regarding this matter.

Timothy M. Mitchelson

Respectfully submitted,
ROBERT J. ZAMMITO, JR.,
PAUL M. ZAMMITO,
CHRISTOPHER ZAMMITO AND
VALARIE M. MORDINI,
By their attorneys,

_____
Kevin M. Considine (BBO #542253)
Timothy M. Mitchelson (BBO #630331)
Kevin M. Considine, P.C.
One Boston Place – 28th Floor
Boston, MA 02108
617-723-9900

Dated: February 12, 2004

## CERTIFICATE OF SERVICE

I, Timothy M. Mitchelson, hereby certify that I have this 12th day of February 2004, served a copy by first class mail, postage prepaid, of the Motion of Plaintiffs/Counterclaim Defendants and the Third Party Defendants to Dismiss the Civil RICO Claims upon Stephen J. Lyons, Esq., Kleiman, Lyons, Schindler & Gross, 21 Custom House Street, Boston, Massachusetts 02110.

_____
Timothy M. Mitchelson