IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-101610REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR.;<br>PAUL M. ZAMMITO;<br>CHRISTOPHER ZAMMITO; and<br>VALARIE A. MORDINI,<br>    Plaintiffs and Counterclaim Defendants<br><br>v.<br><br>HARRY W. HEALEY, JR., GRANTOR TRUST and<br>PETER W. HEALEY as Trustee of<br>HARRY W. HEALEY, JR., GRANTOR TRUST,<br><br>    Defendants and Counterclaim Plaintiffs<br><br>HARRY W. HEALEY, JR. individually, and as Trustee of<br>THE HUNTINGTON FORBES CHARITABLE<br>REMAINDER TRUST;<br><br>HUNTINGTON FORBES, LTD.;<br>STANTON CUMMINGS, LTD.;<br>PETER W. HEALEY, as Trustee of<br>THE HEALEY GRANDCHILDREN'S TRUST – II,<br>    Third Party Plaintiffs<br><br>v.<br><br>ROBERT J. ZAMMITO, SR.;<br>VALERIE L. ZAMMITO;<br>ASA HOLDING COMPANY, INC.; and<br>THE ASA HOLDINGS LP,<br>    Third Party Defendants<br><br>MELLON BANK (aka Mellon Trust of New England),<br>    Bank Trustee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT AND THIRD PARTY PLAINTIFFS' OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS AND TO STRIKE AFFIRMATIVE DEFENSES**

I, Stephen J. Lyons, hereby depose and state as follows. The statements made herein are made upon personal knowledge, except those which are specifically noted as being made upon information and belief. Where the information herein is stated upon information and belief, I hereby state that I believe such information to be true.

1. I am a partner at the law firm of Klieman, Lyons, Schindler & Gross, counsel for the defendants and third party plaintiffs. I am familiar with the facts in, and procedural history of, the above-captioned action and I am submitting this Affidavit of Counsel In Support of Defendant and Third Party Plaintiffs' Opposition to Plaintiffs' Motion for Judgment on the Pleadings and to Strike Affirmative Defenses.

2. Attached hereto as Exhibit 1 is a true and accurate copy of National Check Protection Service, Inc./National Data Verification Service, Inc. Combined Financial Statements December 31, 2000 and 1999;

3. Attached hereto as Exhibit 2 is a true and accurate copy of National Check Protection Service, Inc./National Data Verification Service, Inc. Internal Accounting Documents and Related Correspondence; and,

4. Attached hereto as Exhibit 3 is a true and accurate copy of National Check Protection Service, Inc./National Data Verification Service, Inc. Combined Financial Statements December 31, 1999 and 1998.

Signed this 25th day of February, 2004, under the pains and penalties of perjury.

_____
Stephen J. Lyons