AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN DIVISION__    District of    __MASSACHUSETTS__

PLAINTIFF
ROBERT J. ZAMMITO, JR.; PAUL M. ZAMMITO;
CHRISTOPHER ZAMMITO; AND VALARIE A. MORDINI,
ET ALS.
V. DEFENDANT AND THIRD PARTY PLAINTIFF
HARRY W. HEALEY, JR., GRANTOR TRUST AND
PETER W. HEALEY AS TRUSTEE OF HARRY W.
HEALEY, JR., GRANTOR TRUST, ET ALS.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:

**04 10161 REK**

V. THIRD PARTY DEFENDANT
ROBERT J. ZAMMITO, SR.; VALERIE L. ZAMMITO;
ASA HOLDINGS, INC.; AND ASA HOLDINGS LP

To: Name and address of Third Party Defendant    ASA Holding Company, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Kevin M. Considine, Esquire
Frank E. Bonanni, Esquire
Kevin M. Considine, PC
One Boston Place
Boston, MA   02108

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Stephen J. Lyons, Esquire
KLIEMAN, LYONS, SCHINDLER & GROSS
21 Custom House Street
Boston, MA   02110

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK _/s/_

DATE  JAN 28 2004

(By) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

February 4, 2004

I hereby certify and return that on 2/2/2004 at 04:00 pm I served a true and attested copy of the third party summons, answer, counterclaims, third party complaint with jury demand, verification, notice of removal, certificate of service, affidavit and exhibits in this action in the following manner: To wit, by delivering in hand to Karen Salvas, agent, person in charge at the time of service for ASA Holding Company, Inc., third-party defendant, at , 400 Hingham Street, Rockland, MA 02370. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $50.30

Deputy Sheriff Edward J. Wiedemann

E J Wied

Deputy Sheriff