IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-101610REK

ROBERT J. ZAMMITO, JR.;
PAUL M. ZAMMITO;
CHRISTOPHER ZAMMITO; and
VALARIE A. MORDINI,
    Plaintiffs and Counterclaim Defendants

v.

HARRY W. HEALEY, JR., GRANTOR TRUST and
PETER W. HEALEY as Trustee of
HARRY W. HEALEY, JR., GRANTOR TRUST,

    Defendants and Counterclaim Plaintiffs

HARRY W. HEALEY, JR. individually, and as Trustee of
THE HUNTINGTON FORBES CHARITABLE
REMAINDER TRUST;

HUNTINGTON FORBES, LTD.;
STANTON CUMMINGS, LTD.;
PETER W. HEALEY, as Trustee of
THE HEALEY GRANDCHILDREN'S TRUST – II,
    Third Party Plaintiffs

v.

ROBERT J. ZAMMITO, SR.;
VALERIE L. ZAMMITO;
ASA HOLDING COMPANY, INC.; and
THE ASA HOLDINGS LP,
    Third Party Defendants

MELLON BANK (aka Mellon Trust of New England),
    Bank Trustee

## JOINT STATEMENT

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure as well as Rule 16.1 of the Massachusetts Local Rules, the parties in the above captioned matter hereby submit their Joint Statement.

*JOINT DISCOVERY PLAN:*

The Plaintiffs have filed dispositive motions and the Court has scheduled a hearing on these motions for April 1, 2004. Thus the following dates occur subsequent to the Court's disposition of the Motion.

1. Initial disclosures under Rule 26 to be made within twenty (21) days from the date of the Court's decision on the Plaintiffs' Motion.

2. No motions to join other parties or to amend the pleadings to be filed after ninety (90) days from the date of the Court's decision on the Plaintiffs' Motion.

3. The parties have until two hundred forty (240) days from the date of the Court's decision on the Plaintiff's' Motion, to complete fact discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply.

4. All plaintiffs are to identify testifying experts and to provide Rule 26 expert reports within thirty (30) days from the completion of factual discovery. All defendants are to identify testifying experts and to provide Rule 26 expert reports within sixty (60) days from the completion of factual discovery.

5. The parties have until one hundred twenty (120) days from the completion of fact discovery to complete expert discovery.

6. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion. The parties are required to meet and confer on the discovery dispute as required by Rule 37(a) within the 60-day period.

Except for good cause shown, any discovery motion that is not timely filed and the Court will not consider any discovery motion that is filed after the discovery deadline.

7.  The parties have until sixty (60) days from the completion of expert discovery to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

*CERTIFICATION*

The parties hereby certify that they have conferred with regard to establishing a budget for the costs connecting the full course and various alternative courses of litigation as well as considered resolution of the litigation through the use of alternative dispute resolution.

HARRY W. HEALEY, JR.,
GRANTOR TRUST, et al
By their attorney,

_Steve Lyons_
Stephen J. Lyons
(BBO NO: 309840)
KLIEMAN, LYONS, SCHINDLER
 & GROSS
21 Custom House Street
Boston, MA 02110
Telephone: 617.443.1000

Dated: March 25, 2004

By: _/s/_
As Authorized Representative of
The Defendants and Third Party
Plaintiffs

Dated: March 21, 2004

ROBERT J. ZAMMITO, JR., et al.

By their attorney,

_/s/_
Kevin M. Considine
Timothy M. Mitchelson (BBO NO: 630331)
KEVIN M. CONSIDINE, P.C.
One Boston Place
Boston, MA 02108
Telephone: 617.723.9900

Dated: March 25, 2004

By: _____
As Authorized Representative of
The Plaintiffs and Third Party
Defendants

Dated: March ____, 2004

Except for good cause shown, any discovery motion that is not timely filed and the Court will not consider any discovery motion that is filed after the discovery deadline.

7. The parties have until sixty (60) days from the completion of expert discovery to file dispositive motions. No dispositive motions filed after that date will be considered by the Court.

## CERTIFICATION

The parties hereby certify that they have conferred with regard to establishing a budget for the costs connecting the full course and various alternative courses of litigation as well as considered resolution of the litigation through the use of alternative dispute resolution.

| | |
|---|---|
| HARRY W. HEALEY, JR., GRANTOR TRUST, et al<br>By their attorney, | ROBERT J. ZAMMITO, JR., et al.<br>By their attorney, |
| Stephen J. Lyons<br>(BBO NO: 309840)<br>KLIEMAN, LYONS, SCHINDLER & GROSS<br>21 Custom House Street<br>Boston, MA 02110<br>Telephone: 617.443.1000<br><br>Dated: March___, 2004 | Kevin M. Considine<br>Timothy M. Mitchelson (BBO NO: 630331)<br>KEVIN M. CONSIDINE, P.C.<br>One Boston Place<br>Boston, MA 02108<br>Telephone: 617.723.9900<br><br>Dated: March___, 2004 |
| By:_____<br>As Authorized Representative of The Defendants and Third Party Plaintiffs<br><br>Dated: March___, 2004 | By:_____<br>As Authorized Representative of The Plaintiffs and Third Party Defendants<br><br>Dated: March 25, 2004 |