IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:  04-10161OREK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR.;<br>PAUL M. ZAMMITO;<br>CHRISTOPHER ZAMMITO; and<br>VALARIE A. MORDINI,<br>        Plaintiffs and  Counterclaim Defendants<br><br>v.<br><br>HARRY W. HEALEY, JR., GRANTOR TRUST and<br>PETER W. HEALEY as Trustee of<br>HARRY W. HEALEY, JR., GRANTOR TRUST,<br><br>        Defendants and Counterclaim Plaintiffs<br><br>HARRY W. HEALEY, JR. individually, and as Trustee of<br>THE HUNTINGTON FORBES CHARITABLE<br>REMAINDER TRUST;<br><br>HUNTINGTON FORBES, LTD.;<br>STANTON CUMMINGS, LTD.;<br>PETER W. HEALEY, as Trustee of<br>THE HEALEY GRANDCHILDREN'S TRUST – II,<br>        Third Party Plaintiffs<br><br>v.<br><br>ROBERT J. ZAMMITO, SR.;<br>VALERIE L. ZAMMITO;<br>ASA HOLDING COMPANY, INC.; and<br>THE ASA HOLDINGS LP,<br>        Third Party Defendants<br><br>MELLON BANK (aka Mellon Trust of New England),<br>        Bank Trustee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS/COUNTERCLAIMANTS AND THIRD-PARTY PLAINTIFFS' RULE
26(a)(1) NOTICE OF VOLUNTARY DISCLOSURE**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A), the defendants/counterclaimants and third-party plaintiffs hereby makes the following disclosures:

**(A)   The Identities of Individuals Likely to Have Discoverable Information Relating to Claims or Defenses Raised By the Defendants/Counter-claimants and Third-Party Plaintiffs:**

**Third Party Defendants**

1.   Robert J. Zammito, Jr., Wrentham, MA

2.   Paul M. Zammito, Foxborough, MA

3.   Christopher Zammito, Foxborough, MA

4.   Valarie A. Mordini, Norfolk, MA

5.   Robert J. Zammito, Sr., 36 Popponessett Island Road, Mashpee, MA

6.   Valerie L. Zammito, 36 Popponessett Island Road, Mashpee, MA

**NCPS/NDVS**

1.   Kevin Magennis, 134 Orchard Street, Watertown, MA 02472

2.   Karen Salvis, 45 Arrowhead Drive, Hanson, MA 02341

3.   Daniel R. Lalumiere, 31 Hassell Brook Road, Nashua, NH 03060

4.   Janet Graham, 33 Jefferson Street, Attleboro, MA 02703

**FLEET ENVIRONMENTAL SERVICES**

1.   Thomas Calter, 26 Rosewood Drive, Kingston, MA  02364

2.   Richard Egan

3.   Brian House

4.    Jay Brundage

5.    William McFarlane

6.    Edward Kennedy

**TOYOTA OF DARTMOUTH/HARTE TOYTA**

1.    Gary Marotta

2.    Michael Devonshire

3.    Thomas Menchi

4.    Fred Pucillo

5.    John Malloy

6.    Glen Harte

7.    John H. Dean

8.    Kenneth Cannon

9.    Scott R. Hess, 8 Plantation Road, Plymouth, MA 02360

10.   Lu Ann Reeb, 288 Highland Street, Dedham, MA 02026

11.   Kevin Considine, Esquire, One Boston Place, 28th Floor, Boston, MA  02108

**NEW ENGLAND ROLL-OFF**

1.    Robert J. Moody, 80 Forest Avenue, Cohasset, MA 02035

**COLORNET GRAPHICS**

1.    Person Most Knowledgeable

**SKYWAYS COMMUNICATIONS**

1.    Person Most Knowledgeable

**(B)    A Description by Category and Location of all Documents, Data Compilations, and Tangible Things In the Possession, Custody, or Control of the Defendants/ Counterclaimants and Third-Party Plaintiffs and Which Relate to their Claims or Defenses:**

## AMERICAN MEDICAL RESPONSE

1.    Escrow Agreement

2.    ASA Escrow Account: Fleet Bank & Goldman Sacks

3.    Background on AMR Escrow Dispute

4.    Stockholder Representative Letter Re Fleet Escrow Account

5.    Memorandum Re Escrow Deductible

6.    Prelack on Escrow Matters

7.    Westra Letter Re Escrow Account Claims

8.    Lombardi Letter to Zammito Re Subpoena

9.    Detailed Response to Subpoena

10.    Correspondence to Lombardi from Zammito and to Keith Higgins from Westra Re Subpoena

11.    Westra Letter to Carson & Manion Re Medicare Audit

12.    Subpoena

13.    Letter to Carson & Manion from Westra Re Subpoena & Detailed Response to the Subpoena

14.    Westra Letter to Keith Higgins Re Promissory Notes Due to Zammito

15.    Letter from Bob Zammito, Sr., to James Westra Re Engagement of Attorney Paul Cerel

16.    Letter from Zammito to Lombardi Notifying Lombardi of Cerel Engagement to Assist in the Audit

17.    Letter from Westra to Carson & Manion Re Litigation Bobo v. Muniz

18.   Letter to Michael Fee, Esq., from Westra Re Defense of Medicare Audit

19.   Letter from State Street to AMR Re Bank Filing a Claim on the Escrow

20.   Letter from Westra to Zammito, Carson & Healey Re AMR Claim to Escrow

21.   Letter from Westra to Members of the ASA Escrow Class Indicating Westra's
      Engagement

22.   Letter from Westra to State Street & AMR Disputing AMR's Claim to the Escrow

23.   Letter to AMR Seeking Relief From AMR Claim

24.   Letter from Henry Wolkoff to Westra – A Response to Westra Letter

25.   Memorandum from Westra Re Outstanding Disputes

26.   Copies of all Westra Correspondence for the Past Year

27.   Zammito Conversation with Bob Walker Re US Attorney Fraud Claims

28.   Letter to Virginia Jones, State Street Bank, Admonishing the Bank to Keep
      Funds in Tax Exempt Securities

29.   State Street Bank – Statements of Escrow Account

30.   Letter from Mark Robinson to Robert Zammito, Jr., Re Meeting with US Attorney
      Pineault

31.   Letter from Robinson to Zammito, Jr., Re Meeting with Pineault

32.   Letter to Bob Zammito from Kurt Lovett Re Laidlaw Financial Restructuring

33.   Letter from Mark Robinson to Zammito, Jr., Re Settlement Offer to Government

34.   AMR Escrow Dispute/Investigation by US Attorney

35.   Letter from Westra & Zammito to ASA Stockholders Re US Attorney
      Investigation

36.   Memorandum from Robert Sherman to Zammito Et. Al Re Meeting with US
      Attorney Pineault

37.   Letter from Mark Robinson to Zammito Re Sherman's Meeting with Pineault

38.    Memorandum from Mark Robinson to File Re Zammito Conference Call with
       Jones Day

39.    Letter from Jones Day to Mark Robinson Re Settlement Negotiations with the
       Department of Justice

40.    Letter from Sherman to Zammito Re Laidlaw AMR Government Investigation

41.    Letter from Carter Anderson to James Graham Re AMR Massachusetts
       Settlement

42.    Letter from Sherman to Zammito Re AMR Investigation Draft Settlement and
       Release

43.    Letter from Jones Day to Mark Robinson/ASA Stockholders Re Settlement
       Negotiations with Department of Justice

44.    Letter from Robinson to Jones Day Re Settlement

45.    Letter to Bob Zammito from Mark Robinson Re Draft Agreement Comments

46.    Letter from Laurel Isicoff to Zammito Re Escrow Agreement Requesting Copies
       for Client Abe Gossman

47.    Letter from Mark Robinson to Bob Zammito Re Pineault's Pressure to Settle

48.    Letter from Robert Sherman to Carter Anderson Re Disbursement to
       Government

49.    AYLWAID Limited Partnership Worcester Garage


**ASA/CHAULK MERGER & ACQUISITION /
ASA/AMR: MERGER & ACQUISITION**

1.    Healey Job Title & Description

2.    Letter from Healey to Silverstein Re Huntington Forbes Consulting Agreement

3.    Letter from Silverstein to Healey with Attached Consulting Agreement

4.    Letter from Healey to Silverstein Re Critique of Consulting Agreement

5.    Letter from Silverstein to Healey – Revised Consulting Agreement

6.    Letter from Ehrlich to Healey Re Proposed Stock Purchase

7.    Letter from Silverstein to Healey – Attached Term Sheet

8.    Letter from Robert Zammito to Ehrlich Confirming Contractual Arrangements for Senior Management

9.    Letter to Healey from Ehrlich Re Handling of the $10 Million Boot from Chaulk to Zammito

10.    Letter from Silverstein to Healey – Finalized Term Sheet Attached

11.    Fax Letter from Healey to Silverstein Providing Martins Comments to Finalized Term Sheet

12.    Memorandum from Ehrlich to Silverstein Re Zammito Seeking Howard Gordon's Appraisal of Zammito Companies

13.    Term Sheet

14.    Letter from Ehrlich to Martin Re Comments on Term Sheet

15.    Revised Term Sheet

16.    Memorandum from Ehrlich to Silverstein Re Tax Problem Cheap Stock

17.    Memorandum from Ehrlich to Zammito/Healey Re Proposed Amnet ASA Combination

18.    Memorandum from David H. Halbert to Zammito/Healey Re Zammito/Healey Arrangements

19.    Memorandum from Ehrlich to Silverstein Re Zammito Healey Stock Price

20.    Memorandum from Healey to Ehrlich Re Revised Note Huntington Forbes to Zammito

21.    Letter from Healey to Ehrlich Re Purchase of Stock from Zammito

22.    Memorandum from Ehrlich to Healey Re Amnet

23.    Memorandum from Healey to Tully Re Halbert & Zammito Healey Arrangements

24.    Memorandum from Healey to Tully Re Severance Pay

25.    Memorandum from Ehrlich to Healey Re Purchase of ASA Stock

26.   Memorandum from Healey to Ehrlich Re Ehrlich to Healey Memorandum

27.   Draft Consulting Arrangement ASA Huntington Forbes

28.   Executed Consulting Agreement ASA Huntington Forbes

29.   Memorandum Healey to Ehrlich Re ASA Amnet Merger

30.   Memorandum Healey to Ehrlich Re Consulting Contract Between Huntington
      Forbes and RPCV Realty Trust

31.   Draft of Consulting Contract – RPCV Realty Trust, RPCV Leasing & Huntington
      Forbes

32.   Letter from Ehrlich to Healey Reviewing Details of Healey Stock Purchase

33.   Letter to Ann Tully Re Notes ASA Purchase Letter from Ehrlich to Martin
34.   Re Village Green Nursing Home

35.   Letter from Ehrlich to Zammito Confirming Side Arrangements between Healey &
      Zammito Interests

36.   Letter from Ehrlich to William R. Healey Outlining Concerns with the Purchase
      Notes Executed by Huntington Forbes

37.   Memorandum from William R. Healey to Ehrlich Referencing Promissory Notes

38.   Shareholders Agreement

39.   ASA Common Stock Purchase Agreement

40.   Memorandum from Healey to Ehrlich Re Revised Notes

41.   Copy of Steve Diorio's Note

42.   Letter from Ehrlich to Healey Re William R. Healey's Concerns Re ASA Note

43.   Steve Diorio Note

44.   Memorandum from William R. Healey to Ehrlich Re Further Revision to Proposed
      Promissory Note

45.   Memorandum from Ehrlich to William R. Healey Re Note

46.   Memorandum from Healey to Ehrlich Re ASA Promissory Notes Further Revision

47.    Proposed $928,000 Note by Huntington Forbes

48.    Consulting Contract RPCV Realty & RPCV Leasing and Huntington Forbes

49.    Memorandum from Zammito to Healey Re RCPV Realty Trust & RPCV Leasing Termination Arrangements

50.    Letter from Steven Prelack to Healey Re $928,000 Note

51.    Executed Common Stock Purchase Agreement

52.    Null & Void Note of Huntington Forbes

53.    List of Documents Executed by Huntington Forbes & Ambulance Systems of America

54.    Memorandum from William R. Healey to Ehrlich Final Revised Promissory Note

55.    Memorandum from Healey to Zammito, Sr., Re Cheap Stock

56.    Memorandum Louis Geffen to File Re ASA Employment Contracts

57.    Letter from Healey to Ehrlich Re Cheap Stock

58.    Memorandum from Healey to Ehrlich Re Cheap Stock

59.    Memorandum between William R. Healey and Healey Re Summary of Modifications to the Original Note

60.    Letter from Healey to Zammito Re Cheap Stock

61.    Transfer of Stock to Charitable Remainder Trust

62.    Letter from Huntington Forbes to AMR Re Instructions for Funds Transfer

63.    Details of ASA Sale by Shareholder & Escrow Arrangements

64.    Application of Proceeds of ASA Sale

65.    Letter from Healey to Ehrlich Re Non-Compete Arrangements

**National Check Protection Service, Inc.**
**National Data Verification Service, Inc.**

1.    NCPS \NDVS Financial Statements for Year Ending 2002

2.    NCPS \NDVS Financial Statements for Year Ending 2000

3.    NCPS \NDVS Financial Statements for Year Ending 1999

4.    NCPS \NDVS Financial Statements for Year Ending 1998

5.    NCPS \NDVS Financial Statements for Year Ending 1997

6.    NCPS \NDVS Internal Financial Documents for 2002

7.    NCPS \NDVS Internal Financial Documents for 2001

8.    NCPS \NDVS Internal Financial Documents for 2000

9.    NCPS \NDVS Internal Financial Documents for 1999

10.   NCPS \NDVS Internal Financial Documents for 1998

11.   NCPS \NDVS Internal Financial Documents for 1997

12.   NCPS \NDVS Internal Financial Documents for 1996

13.   NCPS \NDVS Internal Financial Documents for 1995

14.   Articles of Merger NCPS Acquisition

15.   Original Stock Certificates NCPS & NDVS

16.   NCPS & NDVS Documents Relative to Business Trust Stock

17.   Martin Memoranda Relative to Related Party Transactions

18.   NCPS Distributions to Zammito Family

19.   Draft of Healey Request to Martin Relative to K1 Allocation & Absence of Cash

20.   Equifax Offer to Purchase

21.   Legal & Accounting Fees – HZ Hanover, Inc.

22.   Payment of Legal & Accounting Fees Plus Interest Charged to Capital Account

23.   Legal Fees

24.   Accounting Fees

25.   Acquisition of NCPS/NDVS – See Separate Valuation

26.    Kevin Martin's Purchase Price Analysis

27.    Letter to Martin from Healey Re Lack of Tax Money and Distributions from NCPS/NDVS

28.    Declaration of Trust: NCPS

29.    Declaration of Trust NDVS

30.    NCPS Foreign Corporation Annual Report 2001

31.    NCPS/NDVS Minutes to Annual Meetings: 1999 2000

32.    Report of Voluntary Associations & Trusts (NCPS) May 31, 2002

33.    Report of Voluntary Associations & Trusts (NDVS) May 31, 2002

34.    Stock Powers NCPS & NDVS

35.    Stock Purchase Agreements: NCPS & NDVS Stock Powers Relative to NCPS & NDVS Business Trusts

36.    Notes Relative to Stock Purchase Agreement

37.    Amended & Restated Notes Relative to Stock Purchase Agreement

38.    Healey Memorandum Relative to NCPS/NDVS Business Trusts

39.    Correspondence Relative to NCPS/NDVS Business Trusts

40.    Correspondence from Zammito, Jr. to business trust beneficiaries Re notice of distributions to be made for the purpose of satisfying beneficiary tax liability (12/23/2003)

## FLEET ENVIRONMENTAL SERVICES
## FINANCIAL STATEMENTS, TRANSACTIONS & RELATED DOCUMENTS

1.    Memorandum Re Fleet Bank Request for Zammito, Jr., to Guarantee $750,000 in Bank Debt

2.    Century Bank Loan Proposal

3.    Fleet Bank Loan Commitment

4.    Conn Kavanagh Legal Letter Re Outstanding Litigation

5.  Loan Documents Re Fleet RTFE

6.  Copies of Conditional Sales Contracts

7.  Letter To John Malloy, Boston Trade Re Loan Facility for RTFE

8.  SOS Financing Documents Re Loan with RTFE

9.  Healey Memorandum to Zammito Re Outstanding Debt

10. Conn Kavanagh Letter Re Loan Documentation Re RFTE

11. Fleet Financial Statements December 31, 1999

12. Memorandum to Kevin Martin from Richard Eagan Re Tax Pass Threw

13. Bonus Computation for Brian House for Year End 2000

14. Norwell Building Financial Details

15. Financial Statements December 31, 2000

16. Financial Statements December, 31 2001

17. Letter to Kevin Martin from Richard Eagan Dated April 4, 2001 Re Audit Problems

18. Distributions & Tax Pass Threw Brian House

19. Ownership Details RTFE Membership, LLC

20. Letter from Ed Kennedy from Kevin Martin Regarding Receivables

21. Letter to Vic Parci from Kevin Martin Re Calter's Termination Liability & Re Year End Financials

22. FE Holdings, LLC - Tax Returns for Years Ending 1997, 1998 & 1999

23. FE Acquisitions, LLC - Tax Returns for Years Ending 1997, 1998 & 1999

24. FE Membership Corp - Tax Returns for Years Ending 1997, 1998 & 1999

25. Calter Original Employment Contract

26. Calter Modified Employment Contract

27.  Calter Stock Assignment to RTFE

28.  Shareholder Consent & Amendment to Operating Agreement Re Calter Termination

29.  Calter Draft Termination November 2001

30.  FE Holdings, LLC, Litigation Committee

31.  Calter Arbitration Documents

32.  Calter Settlement Agreement

33.  Calter Resignation & Termination Agreement

34.  Calter Mutual Releases

35.  Healey Memorandum to Calter

36.  Memorandum Re Fleet Valuation

37.  Fleet Employment Agreement

38.  Stanton Cummings – Memorandum to Vic Parci

39.  Re Background of Calter Termination

40.  Eagan Settlement Offer to Calter

41.  Schedule of Tax Payments Made for Calter in 2001

42.  Victor Polk, Esq. Letter to Zammito Re Calter Arbitration

43.  Steve Bravo, CPA Letter to Calter

44.  Cooly Manion Correspondence

45.  Calter – Memorandum Re Potential Thefts

46.  Appointment of Robert J. Zammito, Jr. as President of Fleet

47.  Capital Account Distributions as of 2002

48.  Internal Financials (11/30/96)

49.  Business Plan 1998

50.   Internal Financial (4/30/98)

51.   Internal Financials (6/30/98)

52.   Internal Financials (9/30/98)

53.   Internal Financials (10/31/98)

54.   Financial Statements (12/31/98)

55.   Business Plan 1999

56.   Internal Financials (2/28/99)

57.   Meeting Agenda – Investor Meeting (3/4/99)

58.   Detail Minutes Investing Meeting (3/4/99)

59.   Internal Financials (3/31/99)

60.   Letter from Calter to Zammito Re Martin & Bingham Dana Expenses

61.   Internal Financials (1/31/00)

62.   Meeting Agenda (5/25/00)

63.   Internal Financials (6/30/00)

64.   Memorandum from Calter to Zammito Re Corporate Strategy

65.   Internal Financials (9/30/00)

66.   Internal Financials (10/31/00)

67.   Meeting Agenda (11/21/00)

68.   Letter from Calter to Zammito, Sr., Re Christmas Party Fight

69.   Draft Financial Statements

70.   Business Plan 2001

71.   Memorandum from Tom Calter to Bob Zammito Regarding Zammito's
      Responsibilities

72.   Internal Financials (2/28/01)

73.   Operations Meeting (4/2000)

74.   Memorandum from Richard Eagan to Kevin Martin Re 2000 Tax Extension

75.   Internal Financials (3/31/01)

76.   Norwell Lease

77.   Internal Financials (5/31/01)

78.   Payroll (7/31/01)

79.   Update on July Plan

80.   Reorganization

81.   Executive Staff Action Plan

82.   Internal Financials (9/30/01)

83.   Memorandum from Bob Zammito to Tom Calter

84.   Memorandum from Tom Calter to Bob Zammito

85.   October Agenda & Financials

86.   November Meeting

87.   Payroll (12/2001)

88.   Executive Pay 2000

89.   Notice for Termination

90.   Internal Financials (1/31/02)

91.   Documents Relative to Board Meeting, Including Formal Termination of Calter (1/9/02)

92.   Business Plan 2002

93.   Internal Financials (3/31/03)

94.   Internal Financials (First Quarter 2002)

95.   Notice of Board Meeting (5/2002) & Agenda to Board Meeting (6/2002)

96.   Internal Financials (6/30/02)

97.   Internal Financials (7/31/02)

98.   Internal Financials (8/31/02)

99.   Internal Financials (9/30/02)

100.  Letter from Zammito, Jr. to FE Holdings members requesting additional capital contributions

101.  Notice of Special Meeting of Mangers Re Voluntary Bankruptcy Filing

102.  Proposed Management Committee Resolutions Re Calter Settlement (11/5/02)

103.  Internal Financials (12/31/02)

## HARTE TOYOTA

1.    Miscellaneous Financial Acquisition Materials

2.    Gordon Purchase

3.    Capitol Requirements/Zammito Offer $500,000.00

4.    O'Connor & Drew

5.    Internal Controls

6.    Miscellaneous Correspondence

7.    TMC Correspondence

8.    Toyota Motor Sales Correspondence

9.    Financials 2001 & 2002

10.   Dealer Statement - October 24, 2002

11.   Dealer Statement - October 17, 2002

12.   Dealer Statement - September 30, 2002

13.    Dealer Statement - September 26, 2002

14.    Dealer Statement - August 29, 2002

15.    Dealer Statement - August 22, 2002

16.    Dealer Statement - August 15, 2002

17.    Universal Underwriter Financial Statement

18.    Healey Budget Review

19.    Budget July - December 2002

20.    Dealer Statement - July 25, 2002

21.    O'Connor & Drew Review - June 27, 2002

22.    Dealer Comparison - June 2002

23.    Dealer Statement April 18, 2002

24.    Dealer Statement - March 21, 2002

25.    Rental Inventory - December 31, 2001

26.    Capital Account - December 31, 2001

27.    September 2001 Financials

28.    Dealer Ranking

29.    Auto Inventory - September 12, 2001

30.    Harte Ratio Analysis

31.    Financials - June 2001

32.    Dealer Statement August 30, 2001

33.    Cash Flow April 30, 2001

## MISCELLANEOUS CORRESPONDENCE & DOCUMENTS

1.   Letter to Robert C. Healey from Healey Re background of Healey-Zammito Relationship, Post Ambulance

2.   Agenda Healey Meeting with Zammito Re Separation

3.   Analysis of "Zammito-Healey Partnership" by Kevin Martin

4.   Memorandum from Healey to Bob Healey Re Background Issues Re Zammito/Stanton Cummings

5.   Memorandum from Healey to Robert C. Healey Critiquing Martin's Holding Company Concept

6.   Financial Analysis – Kevin Martin Holding Company Concept

7.   Memorandum from Healey to Robert C. Healey Re Robert C. Healey Meeting with Martin (12/6/02)

8.   Robert Healey Email Correspondence Relative to Martin

9.   Memorandum from Robert C. Healey to the Healey/Zammito File Summarizing his Meetings with Martin

10.  Memorandum from Healey to Robert C. Healey Re Edit to Robert C. Healey Memorandum

11.  Comments Re Holding Company/Separate Company

12.  Robert C. Healey Separate Company Analysis

13.  Memorandum Zammito Telephone Call to Healey

14.  Copy of Stanton Cummings Bill to RPCV LLC

15.  Memorandum from Healey to File Re Holding Company

16.  Original Fleet Operating Agreement

17.  Amended Fleet/FE Holding Company LLC Agreement

18.  Consent & Amendment to FE Holdings LLC Waiving Rights to Calter's Shares

19.  Current Ownership FE Holdings

20.  Limited Liability Agreement – Colornet Graphics

21. Revolving Credit Note – Colornet Graphics/RPCV LLC

22. Letter to Vic Parci from Healey Re Skyways Communications Venture

23. Letter from Martin to Healey Re Capital Contributions Non-Family Members

24. Letter Healey to Martin Re Capital Contributions Non-Family Members

25. New England Rolloff LLC Agreement

26. New England Rolloff Transfer Healey to Zammito

27. Letter to Zammito from Dave Drohan Re New England Rolloff

28. LLC Agreement Colornet/Ownership/Limited Capital Contributions

29. Skyway Communications Letter From Healey to Parci Re Terms & Conditions of New Entity

30. Letter from Martin to Healey Re Capital Investments for Non-Family Members

31. Skyway Ownership

32. Letter to Martin from Healey Re Healey Capital Contributions

33. Letter from Healey to Vic Parci Outlining Healey Zammito Arrangement

34. Letter from Martin to Healey Re Calculation Healey NCPS Purchase

35. Letter to Ehrlich from Healey Re Purchase NCPS Equity

36. Letter from Healey to Ehrlich Re NCPS/Fleet Acquisition of 1/6 Interest

37. Articles of Consolidation/Merger NCPS/NDVS

38. Letter from Paul Zammito & LuAnn Reeb Re Special Treatment of Zammito Equity in Skyways

39. Letter to Skyway Communications from Bob Zammito Outlining Special Treatment

40. Letter from Martin to Zammito, Sr., Detailing Benefits to Zammito Family

41. Letter to Zammito, Jr., from Kevin Considine Re Sale Documents

42. Letter to Andrew Fink from Stanton Cummings Re Toyota Acquisition

43. Letter to Zammito, Sr., from Stanton Cummings Re Details of Purchase Price Toyota

44. Bill of Sale and Details Supporting Same Toyota Purchase

45. Schedule for Bill of Sale Harte Toyota

46. Limited Guarantee of Zammito Automotive Group to Luzo Bank

47. Mortgage from Glen & Cynthia Harte to Luzo Bank

48. Fleet Appraisal – Purchase Price of Note

49. Memorandum to File from Healey Re Zammito/Toyota Re Zammito Owing Healey $500,000

50. Zammito Family Personal Assets

## SETTLEMENT NEGOTIATION DOCUMENTS

1. Memorandum from Healey to Robert C. Healey Re Establishment of NCPS NDVS Business Trusts

2. Memorandum from Healey to Robert C. Healey Re Kevin P. Martin Letter of November 26, 2000 Re Zammito Healey Investments

3. Memorandum from Healey to Robert C. Healey Re Analysis of Kevin P. Martin Letter of November 26, 2000 Re Zammito Healey Investments

4. Memorandum from Healey to Robert C. Healey Re Kevin P. Martin Robert C. Healey Meeting Re Zammito Healey Zammito Settlement

5. Memorandum from Healey to Robert C. Healey Re Error in Healey Memorandum Re Kevin P. Martin

6. Memorandum from Healey to the File Re Zammito Telephone Call Re Zammito Healey Settlement

7. Email Correspondence from Kevin P. Martin to Robert C. Healey Re Zammito Healey Investments and Proposed Settlement Meeting

8. Memorandum from Robert C. Healey to Kevin P. Martin Re Zammito Healey Settlement

9.     Miscellaneous Documents

**(C)    A Computation of Damages Claimed by the Defendants/Counterclaimants and Third-Party Plaintiffs**

As set forth in the Counterclaim and Third-Party Complaint, based upon information presently available, the Counterclaim and Third-Party Defendants owe the Defendants/Counterclaimants and Third-Party Plaintiffs the sum of $3,369,641 detailed as follows:

1.     the Ambulance Systems of America, Inc. and AmNet, Inc. Merger: $212,000;

2.     the commission due on acquisition of ColorNet Graphics LLC: $75,000;

3.     the commission due on acquisition of Skyways Communications LLC: $75,000;

4.     the commission due on acquisition of Seacoast Offshore Services, Inc.: $187,500;

5.     the commission due on acquisition of American Environmental Technologies, Inc.: $300,000;

6.     the commission due on acquisition of New England Roll-Off Services LLC: $56,200;

7.     the commission due on acquisition of Harte Toyota: $495,941;

8.     the additional commission due on assumption of Glen Harte debt: $90,000;

9.     the fair market value of one-sixth share in Toyota of Dartmouth: $566,000;

10.    the commission due on acquisition of Toyota of Dartmouth real estate: $250,000;

11.    the fair market value of one-sixth share in the Toyota of Dartmouth real estate: $250,000;

12.    the return of unearned management fees and other improper charges from National Check Protection Service, Inc. and National Data Verification Service, Inc.: $350,000;

13.    the unjust enrichment due to Medicare fraud at Ambulance Systems of America, Inc.: $462,000; and,

14.    unspecified damages to be determined relating to the diminution in value of Fleet Environmental Services LLC.

The Defendants/Counterclaimants and Third-Party Plaintiffs reserve the right to assert further claims pending the disclosure of additional financial records and other documents related to National Check Protection Service, Inc. ("NCPS"); National Data Verification Service, Inc. ("NDVS"); Fleet Environmental Services, LLC; FE Holdings, LLC; Toyota of Dartmouth, Inc.; Zammito Automotive Group, Inc.; and, the creation of the NCPS/NDVS business trusts.

The Defendants/Counterclaimants and Third-Party Plaintiffs reserve the right to supplement this disclosure or present additional evidence at the time of trial depending upon the Plaintiff/Counterclaim Defendant and Third-Party Defendants' disclosure.

Respectfully submitted;

THE DEFENDANTS,
COUNTERCLAIM PLAINTIFFS, and
THIRD PARTY PLAINTIFFS

By their attorneys:

Stephen J. Lyons
(BBO#309840)
KLIEMAN, LYONS, SCHINDLER
  & GROSS
21 Custom House Street
Boston MA 02110
Dated: March 31, 2004          Telephone: 617.443.1000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on March 31, 2004.

Stephen J. Lyons