138.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 138.

139.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 139.

140.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 140.

141.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 141.

142.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 142.

143.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 143.

## COUNT II

144.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 143 above, as it fully set forth herein.

145.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 145.

146.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 146.

147.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 147.

148.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 148.

149.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 149.

## COUNT III

150.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 149 above, as it fully set forth herein.

151.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 151.

152.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 152.

153.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 153.

154.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 154.

## COUNT IV

155.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 154 above, as it fully set forth herein.

156.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 156.

157.    Counterclaim Defendants and Third-Party Defendants admit that they paid Harry W. Healey, Jr. to provide investment advisory services; and deny the remaining allegations contained in paragraph 157.

158.    Counterclaim Defendants and Third-Party Defendants admit that they paid Healey for his services as an investment advisor; and deny the remaining allegations contained in paragraph 158.

159.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 159.

160.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 160.

161.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 161.

## COUNT V

162.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 161 above, as it fully set forth herein.

163.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 163.

## COUNT VI

164.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 163 above, as it fully set forth herein.

165.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 165.

166.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 166.

167.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 167.

## COUNT VII

168.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 167 above, as it fully set forth herein.

169.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 169.

170.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 170.

171.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 171.

172.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 172.

173.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 173.

## COUNT VIII

174.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 173 above, as it fully set forth herein.

175.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 175.

176.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 176.

177.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 177.

## COUNT IX

178.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 177 above, as it fully set forth herein.

179.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 179.

180.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 180.

181.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 181.

## COUNTS v. VALERIE L. ZAMMITO
### COUNT X

182.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 181 above, as it fully set forth herein.

183.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 183.

184.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 184.

185.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 185.

186.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 186.

187.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 187.

24

188.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 188.

189.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 189.

190.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 190.

## COUNT XI

191.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 190 above, as it fully set forth herein.

192.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 192.

193.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 193.

194.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 194.

195.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 195.

196.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 196.

## COUNT XII

197.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 196 above, as it fully set forth herein.

198.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 198.

199.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 199.

200.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 200.

201.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 201.

## COUNT XIII

202.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 201 above, as it fully set forth herein.

203.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 203.

204.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 204.

205.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 205.

## COUNT IXV

206.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 205 above, as it fully set forth herein.

207.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 207.

208.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 208.

209.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 209.

210.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 210.

211.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 211.

## COUNT XV

212.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 211 above, as it fully set forth herein.

213.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 213.

214.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 214.

215.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 215.

## COUNTS v. ROBERT J. ZAMMITO, JR.
## COUNT XVI

216.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 215 above, as it fully set forth herein.

217.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 217.

218.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 218.

219.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 219.

220.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 220.

221.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 221.

222.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 222.

223.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 223.

224.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 224.

## COUNT XVII

225.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 224 above, as it fully set forth herein.

226.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 226.

227.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 227.

228.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 228.

229.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 229.

230.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 230.

## COUNT XVIII

231.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 230 above, as it fully set forth herein.

232.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 232.

233.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 233.

234.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 234.

235.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 235.

## COUNT XIX

236.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 235 above, as it fully set forth herein.

237.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 237.

238.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 238.

239.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 239.

## COUNT XX

240.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 239 above, as it fully set forth herein.

241.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 241.

242.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 242.

243.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 243.

244.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 244.

245.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 245.

## COUNT XXI

246.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 245 above, as it fully set forth herein.

247.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 247.

248.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 248.

249.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 249.

### COUNT XXII

250.   Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 249 above, as it fully set forth herein.

251.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 251.

252.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 252.

253.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 253.

### COUNTS v. PAUL M. ZAMMITO
### COUNT XXIII

254.   Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 253 above, as it fully set forth herein.

255.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 255.

256.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 256.

257.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 257.

258.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 258.

259.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 259.

260.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 260.

261.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 261.

262.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 262.

## COUNT XXIV

263.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 262 above, as it fully set forth herein.

264.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 264.

265.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 265.

266.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 266.

267.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 267.

268.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 268.

## COUNT XXV

269. Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 268 above, as it fully set forth herein.

270. Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 270.

271. Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 271.

272. Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 272.

273. Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 273.

## COUNT XXVI

274. Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 273 above, as it fully set forth herein.

275. Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 275.

276. Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 276.

277. Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 277.

## COUNT XXVII

278. Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 277 above, as it fully set forth herein.

279.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 279.

280.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 280.

281.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 281.

282.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 282.

283.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 283.

**COUNT XXVIII**

284.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 283 above, as it fully set forth herein.

285.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 285.

286.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 286.

287.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 287.

**COUNT XXVIII**

288.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 287 above, as it fully set forth herein.

289.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 289.

290.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 290.

291.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 291.

## COUNTS v. CHRISTOPHER ZAMMITO
## COUNT XXX

292.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 292 above, as it fully set forth herein.

293.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 293.

294.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 294.

295.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 295.

296.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 296.

297.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 297.

298.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 298.

299.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 299.

300.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 300.

### COUNT XXXI

301.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 300 above, as it fully set forth herein.

302.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 302.

303.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 303.

304.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 304.

305.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 305.

306.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 306.

### COUNT XXXII

307.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 306 above, as it fully set forth herein.

308.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 308.

309.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 309.

310.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 310.

311.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 311.

## COUNT XXXIII

312.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 311 above, as it fully set forth herein.

313.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 313.

314.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 314.

315.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 315.

## COUNT XXXIV

316.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 315 above, as it fully set forth herein.

317.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 317.

318.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 318.

319.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 319.

320.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 320.

321.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 321.

## COUNT XXXV

322.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 321 above, as it fully set forth herein.

323.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 323.

324.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 324.

325.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 325.

## COUNT XXXVI

326.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 325 above, as it fully set forth herein.

327.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 327.

328.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 328.

329.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 329.

## COUNTS v. VALARIE MORDINI
## XXXVII

330.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 330 above, as it fully set forth herein.

331.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 331.

332.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 332.

333.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 333.

334.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 334.

335.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 335.

336.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 336.

337.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 337.

338.    Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 338.

## COUNT XXXVIII

339.    Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 338 above, as it fully set forth herein.

340.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 340.

341.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 341.

342.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 342.

343.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 343.

344.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 344.

## COUNT XXXIX

345.   Counterclaim Defendants and Third-Party Defendants incorporate by reference paragraphs 1 through 344 above, as it fully set forth herein.

346.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 346.

347.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 347.

348.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 348.

349.   Counterclaim Defendants and Third-Party Defendants deny the allegations contained in paragraph 349.