UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10161-REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR., <br> PAUL M. ZAMMITO, <br> CHRISTOPHER ZAMMITO and <br> VALARIE A. MORDINI, <br>     Plaintiffs and Counterclaim Defendants, <br> v. <br> HARRY W. HEALEY, JR., GRANTOR TRUST <br> and PETER W. HEALEY, as Trustee of <br> HARRY W. HEALEY, JR., GRANTOR TRUST, <br>     Defendants and Counterclaim Plaintiffs <br><br> HARRY W. HEALEY, JR., individually, and as <br> Trustee of THE HUNTINGTON FORBES <br> CHARITABLE REMAINDER TRUST, <br> HUNTINGTON FORBES, LTD., <br> STANTON CUMMINGS, LTD., <br> PETER W. HEALEY, as Trustee of <br> THE HEALEY GRANDCHILDREN'S TRUST – II, <br>     Third-Party Plaintiffs, <br>     Third-Party Defendants in Counterclaim <br> v. <br> ROBERT J. ZAMMITO, SR., <br> VALERIE L. ZAMMITO, <br> ASA HOLDINGS, INC., and <br> ASA HOLDINGS LP, <br>     Third-Party Defendants, <br>     Third-Party Plaintiffs in Counterclaim <br> v. <br> JOHN A. MALLOY, III and <br> WILLIAM R. HEALEY, <br>     Third-Party Defendants <br><br> MELLON BANK <br> (a/k/a Mellon Trust of New England), <br>     Bank Trustee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

Third Party Plaintiff ASA Holdings, Inc. states pursuant to Local Rule 7.1 that it

is a corporation organized under the laws of the Commonwealth of Massachusetts. There

are no parent corporations to ASA Holdings, Inc., and there are no publicly held corporations that own ten percent (10%) or more of its stock.

Respectfully submitted,
By its attorney

_____
Kevin M. Considine, BBO# 542253
Kevin M. Considine, P.C.
One Boston Place
Boston, MA 02108
(617) 723-9900

Dated: April 12, 2004

## CERTIFICATE OF SERVICE

I, Kevin M. Considine, hereby certify that I have this day served a copy of the foregoing Corporate Disclosure to counsel of record, Stephen J. Lyons, Esquire, Klieman, Lyons, Schindler & Gross, 21 Custom House Street, Suite 920, Boston, Massachusetts 02110, via first class mail, postage prepaid, this 12th day of April 2004.

_____
Kevin M. Considine