UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10161-REK

ROBERT J. ZAMMITO, JR.,          )
PAUL M. ZAMMITO,                 )
CHRISTOPHER ZAMMITO and          )
VALARIE A. MORDINI,              )
    Plaintiffs and Counterclaim Defendants, )
    v.                               )
HARRY W. HEALEY, JR., GRANTOR TRUST )
and PETER W. HEALEY, as Trustee of )
HARRY W. HEALEY, JR., GRANTOR TRUST, )
    Defendants and Counterclaim Plaintiffs )
                                     )
HARRY W. HEALEY, JR., individually, and as )
Trustee of THE HUNTINGTON FORBES  )
CHARITABLE REMAINDER TRUST,      )
HUNTINGTON FORBES, LTD.,         )
STANTON CUMMINGS, LTD.,          )
PETER W. HEALEY, as Trustee of   )
THE HEALEY GRANDCHILDREN'S TRUST – II, )
    Third-Party Plaintiffs,          )
    Third-Party Defendants in Counterclaim )
    v.                               )
ROBERT J. ZAMMITO, SR.,          )
VALERIE L. ZAMMITO,              )
ASA HOLDINGS, INC., and          )
ASA HOLDINGS LP,                 )
    Third-Party Defendants,          )
    Third-Party Plaintiffs in Counterclaim, )
    Third-Party Plaintiffs,          )
    v.                               )
JOHN A. MALLOY, III and          )
WILLIAM R. HEALEY,               )
    Third-Party Defendants           )
                                     )
MELLON BANK                      )
(a/k/a Mellon Trust of New England), )
    Bank Trustee.                    )

**PLAINTIFFS, THIRD-PARTY DEFENDANTS/THIRD-PARTY PLAINTIFFS IN COUNTERCLAIMS' RULE 26(A)(1) INITIAL DISCLOSURE**

Pursuant to Fed. R. Civ. P. 26(a)(1) Plaintiffs, Third-Party Defendants/Third-Party Plaintiffs In Counterclaims hereby make their Rule 26(a)(1) initial disclosure:

In addition to the parties to this action, and the principals thereof, the following individuals are likely to have discoverable information relating to the claims or defenses in this action.

(A) **<u>Witnesses</u>**

1. Robert J. Zammito, Jr.
   NCPS
   400 Hingham Street
   Rockland, MA 02370
   Telephone: 781-681-8000

2. Paul Zammito
   NCPS
   400 Hingham Street
   Rockland, MA 02370
   Telephone: 781-681-8000

3. Christopher Zammito
   NCPS
   400 Hingham Street
   Rockland, MA 02370
   Telephone: 781-681-8000

4. Valarie A. Mordini
   NCPS
   400 Hingham Street
   Rockland, MA 02370
   Telephone: 781-681-8000

5. Robert J. Zammito, Sr.
   36 Popponesett Island Road
   Mashpee, MA 02649

6. Valerie L. Zammito
   36 Popponesett Island Road
   Mashpee, MA 02649

2

7. Harry W. Healey, Jr.
   209 Lazell Street
   Hingham, MA 02043

8. Peter W. Healey

9. William R. Healey
   963 Main Street
   Hingham, MA 02043

10. Ann Healey
    209 Lazell Street
    Hingham, MA 02043

11. John A. Malloy, III

12. Kevin P. Martin, CPA
    Kevin P. Martin & Associates, P.C.
    South Shore Executive Park
    Ten Forbes West
    Braintree, MA 02184-2696
    Telephone: 781-380-3520

13. Cataldo

14. Bruce Valade

15. Fran Gindrisir

16. Janet Graham
    NCPS
    400 Hingham Street
    Rockland, MA 02370
    Telephone: 781-681-8000

17. William Delahunt

18. Robin Ron

19. Susan Capreti

21. LuAnn Reeb
    Skyways Communications, LLC
    89 Access Road - #20
    Norwood, MA 02062
    Telephone: 781-551-9960

22. Scott Hess
    Skyways Communications, LLC
    89 Access Road - #20
    Norwood, MA 02062
    Telephone: 781-551-9960

23. Glenn Harte

24. Thomas J. Calter

25. Brian J. House
    Fleet Environmental Services LLC
    75D York Avenue
    Randolph, MA 02368
    Telephone: 781-815-1100

26. Steven P. D'Orio

27. Verocci
    Quint Sullivan

28. John H. Dean
    Colornet
    Cohasset, MA

29. Kenneth Connor
    Colornet
    Weymouth, MA

30. William MacTarlone

31. Robert J. Moody

32. Richard G. Egan, Jr.
    Five Essex Road
    Norfolk, MA 02056

33. Peter Healey
    Seven Longmeadow Road
    Hingham, MA 02043

    34.    Edward Kennedy
Fleet Environmental Services LLC
75D York Avenue
Randolph, MA 02368
Telephone: 781-815-1100

(B) **Documents**

1. Memorandum from Harry W. Healey, Jr. to Robert J. Zammito, Jr. dated April 19, 1999, regarding Stoughton Land;

2. Executive Employment Agreement dated January 4, 1999;

3. Letter from Harry W. Healey, Jr. to Victor Paci, Esq. dated January 4, 1999;

4. Letter from Harry W. Healey, Jr. to Robert J. Zammito, Sr. dated April 15, 1999, regarding Mellon Bank;

5. Letter from Harry W. Healey, Jr. to Craig Tateronis, Esq. dated April 23, 1999, regarding Stoughton Land;

6. Letter from Harry W. Healey, Jr. to Kevin P. Martin and Associates dated June 17, 1999, regarding ColorNet and Skyways;

7. Memorandum from Kevin P. Martin to Harry W. Healey, Jr. dated April 6, 2004, regarding Fleet;

8. Letter from Harry W. Healey, Jr. to Victor Paci, Esq. dated January 5, 1999, regarding ColorNet Graphics, Inc.;

9. Document entitled, "The Guardian Life Insurance Company of America proposal prepared for ColorNet, Inc.";

10. Letter from Harry W. Healey, Jr. to Victor Paci, Esq. dated July 16, 1997, regarding 342 Circuit Street, Hanover, Massachusetts;

11. Letter from Harry W. Healey, Jr. to John Reihill dated October 29, 1997;

12. Memorandum from Harry W. Healey, Jr. to Tom Calter dated May 25, 1999, regarding S.O.S. Deal Points;

13. Document entitled, "Loan Agreement dated as of January 1999, among Colornet Graphics LLC and Twilight Acquisition, Inc.";

5

14. Document entitled, "Application for Registration As A Foreign Limited Liability Company of ColorNet Graphics LLC";

15. Document entitled, "Limited Liability Company Agreement of ColorNet Graphics LLC";

16. Memorandum from Jack Dean to Harry W. Healey, Jr. dated February 8, 1999, regarding Legal Document Review;

17. Memorandum from Tom Calter to Bill MacFarlane dated June 15, 1999, regarding S.O.S. Deal Points;

18. Memorandum from Kevin P. Martin to Harry W. Healey, Jr. dated June 16, 1999, regarding Seacoast Purchase by Fleet Environmental;

19. Document entitled, "Settlement Agreement and Mutual Release of All Claims between Colornet Graphics LLC and Kenneth Cannon dated January 14, 2000";

20. Letter from Robert J. Zammito, Jr. to Gage Walker dated September 20, 2000, regarding National Check Protection Service;

21. Letter from Harry W. Healey, Jr. to James Balcom dated December 5, 2000, regarding Fleet Environmental Services LLC;

22. Letter from Harry W. Healey, Jr. to Catherine A. Walters dated June 1, 1999, regarding Skyways/Life Insurance;

23. Letter from Kevin P. Martin to Tom Calter dated May 25, 1999, and accompanying memorandum from Richard Egan to Kevin P. Martin regarding Seacoast Ocean Services, Inc.;

24. Memorandum from Tom Calter to Harry W. Healey, Jr., et al, dated May 20, 1999, regarding S.O.S. Transaction;

25. Memorandum from Tom Calter to Brad Kaplan dated May 25, 1999, regarding Fleet Acquisition of S.O.S.;

26. Letter from Kevin P. Martin to Tom Calter dated May 25, 1999, regarding S.O.S.;

27. Letter from Harry W. Healey, Jr. to Robert J. Zammito, Sr. dated May 17, 1999, regarding Fleet Environmental Services, Inc.;

28. Letter from Robert J. Zammito, Jr. to William Healey dated May 14, 1999, regarding the NCPS Accounting System;

29. Letter from Robert J. Zammito, Jr. to Raymond F. Skoglund, Esq. dated October 22, 1998, regarding NCPS Stock Certificates;

30. Memorandum from Kelly Walsh to Harry W. Healey, Jr., et al, dated September 11, 1998, regarding Hot Tip from Rick Mercuri at USTrust;

31. Letter from Robert J. Zammito, Jr. to Raymond F. Skoglund, Esq. dated September 4, 1998, regarding NCPS and NDVS;

32. Document entitled, "Massachusetts Corporation Annual Report for HZ Hanover, Inc. dated March 13, 1998";

33. Document entitled, "Application for Extension of Time to File Massachusetts Domestic or Foreign Business/Manufacturing or Security Corporation Excise Tax for HZ Hanover, Inc. dated March 13, 1998";

34. Letter from Kevin P. Martin and Associates, P.C. to Robert J. Zammito, Jr. dated January 6, 1998, regarding National Check Protection Service;

35. Letter from Melissa Philbrick to Raymond E. Skoglund, Esq. dated January 8, 1998, regarding NCPS and NDVS Stock Certificates;

36. Copies of Stock Certificates of National Data Verification Service, Inc. in the name of Christopher Zammito, Valarie Mordini, Paul M. Zammito, Robert J. Zammito, Jr., dated July 1998;

37. Copy of Stock Certificate issued to RTFE Delaware Membership Corporation and of ASA Holdings, Inc. dated July 1998;

38. Memorandum from Robert J. Zammito, Jr. to Kevin P. Martin dated December 17, 1997, regarding Assignment of Various Shares of Stock of National Check Protection Service, Inc. and National Data Verification Service Inc.;

39. Letter from Robert J. Zammito to Raymond Skoglund dated August 11, 1998, regarding Stock Certificates for NDVS, NCPS, RTFE Corp., and RTFE LLC;

40. Letter from Harry W. Healey, Jr. to Kevin P. Martin, Sr. dated August 28, 2000, regarding Harte Toyota;

41. Letter from Harry W. Healey, Jr. to Victor Paci, Esq. dated May 5, 2000, regarding HZ/Hanover;

42. Letter from Harry W. Healey, Jr. to Timothy Rhuda dated April 4, 2000, regarding NCPS;

43. Letter from Harry W. Healey, Jr. to Gary Kelly dated April 4, 2000, regarding NCPS;

44. Letter from Harry W. Healey, Jr. to James Chaseton dated April 3, 2000, regarding NCPS;

45. Memorandum from Harry W. Healey, Jr. to Thomas Calter dated March 3, 2000, regarding Monthly Meetings for Fleet Environmental Services LLC;

46. Letter from Harry W. Healey, Jr. to James Murphy dated March 9, 2000, regarding General Metals & Smelting, Inc.;

47. Letter from Harry W. Healey, Jr. to James Balcom dated March 6, 2000, regarding Bennet Electric;

48. Memorandum from Harry W. Healey, Jr. to The File dated February 7, 2000, regarding New England Roll-Off Services, Inc.;

49. Memorandum from Harry W. Healey, Jr. to File dated February 29, 2000, regarding New England Roll-Off Services, Inc.;

50. Letter from Harry W. Healey, Jr. to David Drohan, Esq. dated March 9, 2000, regarding New England Roll-Off Services, Inc.;

51. Letter from Harry W. Healey, Jr. to James Balcom dated March 2, 2000, regarding Duxbury Scientific;

52. Document entitled, "Business Plan for New England Roll-Off Services, Inc.";

53. Letter from Harry W. Healey, Jr. to L. Seth Stadfeld dated January 3, 2000, regarding Skyways Communication LLC;

54. All other documents identified in Defendants/Counterclaimants and Third-Party Plaintiffs' Rule 26(a)(1) Notice of Voluntary Disclosure.

(C) **<u>Computation of Damages</u>**
   **Re: Complaint**

   As set forth in the Complaint and the Reply To Counterclaim, Third-Party Answer, and Third-Party Complaint, based upon the information presently available Plaintiffs and Third-Party Plaintiffs in Counterclaim hereby disclose the following categories of damages:

   1. Promissory Note issued from Harry W. Healey, Jr. Grantor Trust, by Peter W. Healey, Jr., Trustee, to Robert J. Zammito, Jr. in the initial principal amount of twelve thousand five hundred ($12,500) dollars, plus interest at twelve (12%) percent from October 31, 2003, and costs of collection including reasonable attorneys' fees.

   2. Promissory Note issued from Harry W. Healey, Jr. Grantor Trust, by Peter W. Healey, Jr., Trustee, to Paul M. Zammito in the initial principal amount of twelve thousand five hundred ($12,500) dollars, plus interest at twelve (12%) percent from October 31, 2003, and costs of collection including reasonable attorneys' fees.

   3. Promissory Note issued from Harry W. Healey, Jr. Grantor Trust, by Peter W. Healey, Jr., Trustee, to Christopher Zammito in the initial principal amount of twelve thousand five hundred ($12,500) dollars, plus interest at twelve (12%) percent from October 31, 2003, and costs of collection including reasonable attorneys' fees.

   4. Promissory Note issued from Harry W. Healey, Jr. Grantor Trust, by Peter W. Healey, Jr., Trustee, to Valarie A. Mordini in the initial principal amount of twelve thousand five hundred ($12,500) dollars, plus interest at twelve (12%) percent from October 31, 2003, and costs of collection including reasonable attorneys' fees.

   5. Promissory Note issued from Harry W. Healey, Jr. Grantor Trust, by Peter W. Healey, Jr., Trustee, to Robert J. Zammito, Jr. in the initial principal amount of twenty-five thousand ($25,000) dollars, plus interest at twelve (12%) percent from October 31, 2003, and costs of collection including reasonable attorneys' fees.

   6. Promissory Note issued from Harry W. Healey, Jr. Grantor Trust, by Peter W. Healey, Jr., Trustee, to Paul M. Zammito in the initial principal amount of twenty-five thousand ($25,000) dollars, plus interest at twelve (12%) percent from October 31, 2003, and costs of collection including reasonable attorneys' fees.

   7. Promissory Note issued from Harry W. Healey, Jr. Grantor Trust, by Peter W. Healey, Jr., Trustee, to Christopher Zammito in the

initial principal amount of twenty-five thousand ($25,000) dollars, plus interest at twelve (12%) percent from October 31, 2003, and costs of collection including reasonable attorneys' fees.

8. Promissory Note issued from Harry W. Healey, Jr. Grantor Trust, by Peter W. Healey, Jr., Trustee, to Valarie A. Mordini in the initial principal amount of twenty-five thousand ($25,000) dollars, plus interest at twelve (12%) percent from October 31, 2003, and costs of collection including reasonable attorneys' fees.

**Re: Counterclaim and Third-Party Complaint**

9. Colornet Graphics LLC: $150,000 owed for Healey's interest in the Company.

10. New England Roll-Off Services LLC: $93,750 owed for Healey's interest in the Company.

11. NCPS/NDVS: $371,250 owed for Healey's interest in the Company.

12. FE Holdings Inc: $247,500 owed for Healey's interest in the Company.

13. Norfolk-Bristol Ambulance Company, Inc.: $3,800,000 lost due to Healey's breach of contract and negligence.

14. Harte Toyota: $1,000,000 lost due to Healey's breach of contract and negligence.

The Plaintiffs/Third-Party Plaintiffs in Counterclaim reserve the right to assert further claims pending the disclosure of documents by Defendants, Third-Party Defendants in Counterclaim.

The Plaintiffs/Third-Party Plaintiff in Counterclaim reserve the right seasonably to supplement this disclosure or present additional evidence at the time of the trial should discovery disclose new information.

(D)     Plaintiffs/Third-Party Plaintiffs in Counterclaim are unaware of any applicable insurance agreements.

                                                                                            Respectfully submitted,
ROBERT J. ZAMMITO, JR.,
PAUL M. ZAMMITO,
CHRISTOPHER ZAMMITO AND
VALARIE M. MORDINI,
ROBERT J. ZAMMITO, SR.,
VALERIE L. ZAMMITO,
ASA HOLDINGS, INC. and
ASA HOLDINGS LP,
By their attorneys,

Kevin M. Considine (BBO #542253)
Timothy M. Mitchelson (BBO #630331)
Kevin M. Considine, P.C.
One Boston Place – 28th Floor
Boston, MA 02108
617-723-9900

DATED: May 12, 2004

11

## CERTIFICATE OF SERVICE

I, Kevin M. Considine, hereby certify that I have this day served a copy of the foregoing Plaintiffs, Third-Party Defendants/Third-Party Plaintiffs in Counterclaims' Rule 26(a)(1) Initial Disclosure to counsel of record, Stephen J. Lyons, Esquire, Klieman, Lyons, Schindler & Gross, 21 Custom House Street, Suite 920, Boston, Massachusetts 02110, by hand delivery, this 12th day of May 2004.

_____
Kevin M. Considine