IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-101610REK

ROBERT J. ZAMMITO, JR.; )
PAUL M. ZAMMITO; )
CHRISTOPHER ZAMMITO; and )
VALARIE A. MORDINI, )
    Plaintiffs and Counterclaim Defendants )
)
v. )
)
HARRY W. HEALEY, JR., GRANTOR TRUST and )
PETER W. HEALEY as Trustee of )
HARRY W. HEALEY, JR., GRANTOR TRUST, )
)
    Defendants and Counterclaim Plaintiffs )
)
HARRY W. HEALEY, JR. individually, and as Trustee of )
THE HUNTINGTON FORBES CHARITABLE )
REMAINDER TRUST; )
)
HUNTINGTON FORBES, LTD.; )
STANTON CUMMINGS, LTD.; )
PETER W. HEALEY, as Trustee of )
THE HEALEY GRANDCHILDREN'S TRUST – II, )
    Third Party Plaintiffs )
)
v. )
)
ROBERT J. ZAMMITO, SR.; )
VALERIE L. ZAMMITO; )
ASA HOLDING COMPANY, INC.; and )
THE ASA HOLDINGS LP, )
    Third Party Defendants )
)
MELLON BANK (aka Mellon Trust of New England), )
    Bank Trustee )

**DEFENDANTS' STATEMENT UNDER LOCAL RULE 7.1(A)(2)**

I, Stephen J. Lyons, hereby depose and state as follows.

1.  I am an attorney admitted to practice law in the Commonwealth of Massachusetts and within the United States District Court for the District of Massachusetts and am counsel to the defendant, Harry W. Healey, Jr., herein and make this affidavit pursuant to the requirements of Local Rule 7.1(A)(2).

2.  I hereby state that I have previously conferred with counsel for the plaintiff in the above referenced matter concerning the within motion and I am aware of no opposition thereto.

Signed this 2nd day of August, 2004, under the pains and penalties of perjury.

*[signature]*
Stephen J. Lyons