AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    __Massachusetts__

Robert J. Zammito et al

V.

Harry W. Healey et al

**SUMMONS IN A CIVIL CASE**

CASE  N.  04-10161-REK

TO: (Name and address of Defendant)

John A.  MalloyIII
29 Cooke Road
Plymouth, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy M. Mitchelson, Esquire
Kevin M. Considine, P.C.
One Boston Place
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | August 11, 2004 |
|---|---|---|
| **NAME OF SERVER**  GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ , MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

**WIFE, MARTHA.** _____

Said service was made at: _____ **29 COOKE ROAD, PLYMOUTH** _____ , MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____

Duly Authorized Agent for the within-named _____

Said service was made at:

_____ , MASSACHUSETTS

---

### STATEMENT OF SERVICE FEES

| | SERVICE FEE  $ | 51.00 | Trips | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ **August 11, 2004** _____
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

---

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | | FEE |
|---|---|---|---|---|
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | | $ _____ |
| | | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

**One Devonshire Place**
**Boston, MA 02109**

**Telephone # (617) 720-5733**
**Fax #    (617) 720-5737**