UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10161-REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR., <br> PAUL M. ZAMMITO, <br> CHRISTOPHER ZAMMITO and <br> VALARIE A. MORDINI, <br>     Plaintiffs and Counterclaim Defendants, <br> v. <br> HARRY W. HEALEY, JR., GRANTOR TRUST <br> and PETER W. HEALEY, as Trustee of <br> HARRY W. HEALEY, JR., GRANTOR TRUST, <br>     Defendants and Counterclaim Plaintiffs <br> <br> HARRY W. HEALEY, JR., individually, and as <br> Trustee of THE HUNTINGTON FORBES <br> CHARITABLE REMAINDER TRUST, <br> HUNTINGTON FORBES, LTD., <br> STANTON CUMMINGS, LTD., <br> PETER W. HEALEY, as Trustee of <br> THE HEALEY GRANDCHILDREN'S TRUST – II, <br>     Third-Party Plaintiffs, <br>     Third-Party Defendants in Counterclaim <br> v. <br> ROBERT J. ZAMMITO, SR., <br> VALERIE L. ZAMMITO, <br> ASA HOLDINGS, INC., and <br> ASA HOLDINGS LP, <br>     Third-Party Defendants, <br>     Third-Party Plaintiffs in Counterclaim, <br>     Third-Party Plaintiffs, <br> v. <br> JOHN A. MALLOY, III and <br> WILLIAM R. HEALEY, <br>     Third-Party Defendants <br> <br> MELLON BANK <br> (a/k/a Mellon Trust of New England), <br>     Bank Trustee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**_QUALIFIED_ OPPOSITION TO MOTION TO CONSOLIDATE**

The Plaintiffs, Robert J. Zammito, Jr., Paul M. Zammito, Christopher Zammito, and Valarie A. Mordini (the "Plaintiffs") submit this Qualified Opposition to the "Motion to Consolidate" filed by Harry W. Healey Jr. ("Healey").

## BACKGROUND

*I.   Introduction*

The matters that Healey seeks to be consolidated both arise from the Healey's failure and refusal to pay certain promissory notes executed and delivered to the Plaintiffs. These notes were due and payable on October 31, 2003. Healey executed these promissory notes in exchange for stock in National Check Protection Service Business Trust, National Data Verification Business Trust ("NCPS Notes") and FE Holdings LLC ("Fleet Notes").

*II.   The Litigation*

**A.   The Suffolk Litigation**

On or about December 24, 2003, the Plaintiffs commenced an action in the Business Litigation Section of the Suffolk Superior Court (the "Suffolk Litigation") seeking to recover sums due from Healey for the NCPS Notes. In response to the Plaintiffs' Complaint, Healey submitted a counterclaim, as well as a third party complaint, making various spurious allegations of fraud and civil RICO claims against the Plaintiffs and others. Healey removed the Suffolk Litigation to the federal court in January 2004.

### B. The Plymouth Litigation

On January 20, 2004, RTFE Delaware LLC, a company owned and operated by the Plaintiffs, filed an action against Healey in the Plymouth County Superior Court seeking to recover sums due from Healey for the Fleet Notes (the "Plymouth Litigation"). Although Healey failed to file a counterclaim in Plymouth Litigation, he removed the Plymouth Litigation on August 4, 2004. He now seeks to consolidate the erstwhile Suffolk Litigation and Plymouth Litigation because, as he claims, both matters "arise out of the same transaction or occurrence."

## QUALIFIED OPPOSITION

As grounds for their Qualified Opposition, the Plaintiffs assert that consolidation should be moot because the removal of the Plymouth Litigation is untimely. Under 28 U.S.C. § 1446(b), removal "*shall be filed* within thirty days after receipt by the defendant" of the "initial pleading." Healey was served, in hand, with the Complaint in the Plymouth Litigation on February 5, 2004. He removed the Plymouth Litigation six months later on August 2, 2004. As such, remand is proper and the Motion would, therefore, be moot. If the Court does not remand the Plymouth Litigation, however, the Plaintiffs have no opposition to the Motion to Consolidate.

                                                       THE PLAINTIFFS
                                                       By their attorneys,

                                                       _____
                                                       Kevin M. Considine (BBO #542253)
                                                       Timothy M. Mitchelson (BBO #630331)
                                                       Kevin M. Considine, P.C.
                                                       One Boston Place – 28th Floor
                                                       Boston, MA 02108
Dated: August 16, 2004                    617-723-9900

## CERTIFICATE OF SERVICE

I, Timothy M. Mitchelson, hereby certify that I have this 16th day of August 2004, served a copy of the foregoing by regular mail upon Stephen J. Lyons, Esq., Kleiman, Lyons, Schindler & Gross, 21 Custom House Street, Boston, Massachusetts 02110.

_____
Timothy M. Mitchelson