IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10161-REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR.;<br>PAUL M. ZAMMITO;<br>CHRISTOPHER ZAMMITO; and<br>VALARIE A. MORDINI,<br>    Plaintiffs and Counterclaim Defendants<br><br>v.<br><br>HARRY W. HEALEY, JR., GRANTOR TRUST and<br>PETER W. HEALEY as Trustee of<br>HARRY W. HEALEY, JR., GRANTOR TRUST,<br><br>    Defendants and Counterclaim Plaintiffs<br><br>HARRY W. HEALEY, JR. individually, and as Trustee of<br>THE HUNTINGTON FORBES CHARITABLE<br>REMAINDER TRUST;<br><br>HUNTINGTON FORBES, LTD.;<br>STANTON CUMMINGS, LTD.;<br>PETER W. HEALEY, as Trustee of<br>THE HEALEY GRANDCHILDREN'S TRUST – II,<br>    Third Party Plaintiffs<br><br>v.<br><br>ROBERT J. ZAMMITO, SR.;<br>VALERIE L. ZAMMITO;<br>ASA HOLDING COMPANY, INC.; and<br>THE ASA HOLDINGS LP,<br>    Third Party Defendants<br><br>MELLON BANK (aka Mellon Trust of New England),<br>    Bank Trustee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS/COUNTERCLAIMANTS AND THIRD-PARTY PLAINTIFFS'
SUPPLEMENTARY RULE 26(a)(1) NOTICE OF VOLUNTARY DISCLOSURE**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A), the defendants/counterclaimants and third-party plaintiffs hereby makes the following supplementary disclosures:

(A) **A Description by Category and Location of all Documents, Data Compilations, and Tangible Things In the Possession, Custody, or Control of the Defendants/ Counterclaimants and Third-Party Plaintiffs and Which Relate to their Claims or Defenses:**

**AET Documents**

1. Letter to Brundage from Healey Re AET Due Diligence

2. AET Organizational Chart & Descriptions

3. AET Account Analysis

4. AET License & Permit Information

5. AET Lease Information

6. AET Ten Largest Vendors & Customers

7. Letter to Brundage from Healey Re Sale of AET

8. Letter to Brundage from Healey Re Structure of Purchase of AET

9. Memorandum to Zammito from Healey Re Proposed AET Acquisition

10. Letter to Brundage from Calter Re Acquisition of AET Assets

11. Memorandum to Healey & Zammito from Calter Re AET Proposal

12. Memorandum to File from Healey Re Meeting Between Healey, Zammito and Martin Re Acquisition of AET

13. Letter to Brundage from Healey Re Financial Impact of AET Transaction

14. Initial, Hand Written Draft of Letter to Brundage from Healey Re Financial Impact of AET Transaction

15. Hand Written Notes Re Letter to Brundage from Healey Re Financial Impact of AET Transaction

16. Letter from Prudential to Brundge Re Notice of Contract Change

17. Memorandum to Brundage from Healey Re Return of Documents

18. Letter to Calter from Bob Rosenthal Re AET

19. Memorandum to Calter, Eagan, Lynch, Zammito and Healey from Martin Re AET Acquisition

20. Balance Sheet Analysis – AET

21. Memorandum to Healey, Zammito, Martin, Lynch and Peterson from Calter Re AET

22. Facsimile to Healey Healey from Calter Re Cost Reduction Plan

23. Profit and Loss Statement Analysis – AET

24. Letter to Harmonay from Eagan Re Assistance Plan

25. Facsimile to Healey from Eagan re AET Deal Structure

26. Facsimile to Eagan from Rosenthal Re AET Asset Purchase Agreement

27. Memorandum to Calter, Eagan, Lynch Zammito, and Healey from Martin re Open Accounting and Tax Issues

28. Facsimile to Brundage from Calter re Purchase of AET Assets

29. Letter to Rosenthal from Eagan Legal Documentation of AET Transaction

30. Letter to Calter and Zammito from Eagan re Brundage 2nd Amendment

31. Memorandum to Brundage from House re Second Amendment to Employee Contract

**SOS Documents**

1. Acquisition of SOS by Fleet Contact Information

2. Facsimile to Eagan from Mathurin & Kaplan re SOS Non-Disclosure and Confidentiality Documents

3. Memorandum to Calter, House and Healey from Eagan re SOS Financial Statement Review

4. Memorandum to Calter from Healey Re SOS Transaction

5. Facsimile to Healey from Eagan re SOS Financial Analysis SOS Revaluation of Assets, Liabilities and Stockholder's Equity

6. Memorandum to Zammito from Healey Re SOS Asset Acquisition

7. Memorandum to MacFarlane from Calter re Agreed Upon Points

8. SOS Comparative Restated Income Statements

9. Memorandum to Healey from Calter re SOS re Deal Points

10. Memorandum to Healey from Calter re Due Diligence

11. Memorandum to Peterson from Calter re SOS Transaction

12. Memorandum to Martin from Calter re SOS Transaction

13. Memorandum to Balkum to Calter re SOS Transaction

14. Memorandum to Healey from Calter re Deal Points

15. Facsimile to Healey from Calter re Deal Points

16. Letter to Calter from Martin re SOS Transaction

17. Memorandum to Eagan from Martin re SOS Transaction

18. SOS Revaluation of Assets, Liabilities and Stockholder's Equity

19. Memorandum to Zammitos, Healey, Martin, Rosenthal, Eagan and Peterson From Calter re SOS Due Diligence

20. Memorandum to Kaplan from Calter re Deal points

21. Pages Two and Three of Fleet Letter re Deal Points

22. Executive Employment Agreement re MacFarlane

23. Memorandum to File from Healey re SOS Transaction

24. The Rielly Group Summary Insurance Review re SOS

25. Letter to MacFarlane from Calter re Deal Points

26. Memorandum to Eagan, Calter and Healey from Martin re Summary of Seller's Transaction

27. SOS Revaluation of Assets, Liabilities and Stockholder's Equity

28. Memorandum to MacFarlane from Calter Re Agreed Upon Deal Points

29. Letter to Healey from Rosenthal re SOS

30. Facsimile to Healey From Eagan and Calter re SOS Financial Papers

31. Memorandum to Healey from Robinson Re P & L Flux

32. Memorandum to Calter and Healey from MacFarlane re Market Survey

33. Memorandum to MacFarlane From Calter re Agreed upon Deal Points

34. Memorandum to Calter from Martin Re SOS Acquisition

35. SOS Fair Market Value Appraisal

36. Facsimile to Healey from Eagan re Pro Forma Financials SOS

37. Memorandum to Calter from MacFarlane re Arbitration of Employment Agreement

**NCPS/NDVS Documents**

1. Letter to Zammito from Martin Listing Expenses Charged to NCPS/NDVS but not Related to NCPS

2. Bill to HZ Hanover from NCPS re Bingham Dana Bill Legal Services Rendered to HZ Hanover but Paid by NCPS

3. Letter from Bingham Dana re NCPS/NDVS Business Trusts Notes

4. Copy of Checks Relative to the Reimbursement of NCPS/NDVS Taxes for Year Ending 2001

5. Documents Relative to Reconciliation if NCPS/NDVS Distributions & ASA Payment of Advances

6. Letter to Martin from Healey re K1 for NCPS/NDVS

7. 1999 Taxes Return for NCPS

8. 1999-1998 NCPS/NDVS Financial Statements 1999 Tax Returns for NDVS

9. 1999 K1 NCPS re Robert Zammito, Jr.

10. 1999 K1 NCPS Harry William Healey, Jr. Grantor Trust

11. 1999 K1 NDVS Harry William Healey, Jr. Grantor Trust

12. 2000-1999 NCPS/NDVS Financial Statements

13. July 2002 Interim Profit Loss Statements NCPS/NDVS with Certain Expenses Backed-Out

14. February-June Internal NCPS/NDVS Budget to Actual Comparison Showing Extraordinary Expenses

15. August 2002 Internal Profit and Loss Statements for NCPS/NDVS

16. August 20002 Internal Balance Sheets for NCPS/NDVS

17. December 2001 Internal Balance Sheets for NCPS/NDVS

18. December 2001 Internal Profit and Loss Statements for NCPS/NDVS

19. December 2000 Internal Balance Sheets for NCPS/NDVS

20. December 2000 Internal Profit and Loss Statements for NCPS/NDVS

21. December 1999 Internal Profit and Loss Statements for NCPS/NDVS

22. December 1999 Internal Balance Sheet for NCPS/NDVS

23. 2002 Expenses Charged to NCPS/NDVS not Related to NCPS/NDVS

24. 2001 Expenses Charged to NCPS/NDVS not Related to NCPS/NDVS

25. 1999 Expenses Charged to NCPS/NDVS not Related to NCPS/NDVS

**Huntington Forbes Documents**

1. Articles of Organization Huntington Forbes

2. Annual Reports Huntington Forbes

3.    Industry Verification Statement Huntington Forbes

**Norfolk Bristol Ambulance Company Documents**

1.    Letter to Zammito from Healey Re Condition of Norfolk Bristol and Recommendations

2.    Draft Letter Lynch Brewer re Consulting Agreement of Huntington Forbes

3.    EAI System Purchase Agreement

4.    Memorandum to Zammito from Morgan re Computer System

5.    Computer Investment Advice, Inc. Document re Computer System

6.    Memorandum to Zammito and Lovett from Campbell re EAI Progress Report

7.    Letter to Campbell from Bergeron re Cost Estimate re Telephone Utility Room

8.    Letter to Bradfield re Concerns re Financial Systems

9.    Notes re Management Meeting, January 11, 1993

10.   EAI Telephone Conference Document, January 19, 1993

11.   Letter to Fulcher from Zammito re History of Relationship with Bell Atlantic

12.   Letter to Walsh from Gancarz from re GNC, Inc.

13.   Facsimile to Bruehl from Healey re EAI Computer System

14.   Invoice from Meallo re Work Performed

**Documents Relevant to Ambulance Company Mergers & Acquisition**

1.    Dunn & Bradstreet Report re Ambulance Companies

2.    Healey Notes re Target Ambulance Companies for Acquisition

3.    Maps of Ambulance Market Segmentation

4.    Dunn & Bradstreet Reports re Ambulance Companies & Markets

5.    Facsimile to Lovett from Healey re Dunn & Bradstreet Reports

6.    CharlesGate Construction Company Facsimile re Boston Business Journal Article

7. Ambulance Listing Binder

8. Letter to Healey from Taylor re Ambulance Market

9. Correspondence between Healey and Ballard re Ambulance Industry

10. Letter to Zammito from Healey re Stavis Acquisition

11. Healey Notes re Stavis Acquisition

12. Gordon Valuation of Zam-Cul & Worcester Himmer

13. Memorandum to Zammito from Healey re Steve Wilcox Recommendations

14. Letter to Zammito from Wilcox re Consulting Agreement

15. Letter to Cahill from Zammito re Management Agreement Worcester Himmer

16. Draft of letter to Cahill from Zammito re Side Letter Agreement Written by Healey

17. Final Draft of letter to Cahill from Zammito re Side Letter Agreement Written by Healey

18. Letter to Zammito from Healey re Worcester Himmer Concerns

19. Healey Notes re Worcester Himmer Concerns

20. Letter to Flagship Bank from Zammito Summarizing Meeting, Written by Healey

21. Letter to DiOrio from Wilcox re Management Agreement

22. Copy of Management Agreement

23. Dunn & Bradstreet Report Re Patient Transport

24. Draft Letter to Zammito re Three Prime Target Ambulance Companies for Acquisition

25. Check List for Worcester Hemmer Transaction

26. Norfolk Bristol Confidentiality Agreement Signed by Zammito

27. Healey Meeting Notes re Worcester Himmer

28. Proposed Acquisition Letter from Ropes & Grey

29. Letter of Intent Proposed by Ropes & Grey

30. Memorandum to Zammito from Healey re Ropes & Grey Letter of Intent and Accompanying Documents

31. Memorandum to Zammito from Healey re Worcester Himmer Employees

32. Memorandum to Healey from DiOrio re Para Med Ambulance, Inc

33. Letter to Slivka from Zammito re Para Med Ambulance, Inc.

34. Letter to DiOrio from Strodel Accounting Issues

35. Memorandum to DiOrio from Healey re Para Med Issues

36. Facsimile from Wilcox to Healey re Para Med Ambulance Purchase & Sale

37. Letter to Slivka from Zammito re ParaMed Ambulance Service Offer

38. Facsimile to Wilcox from Healey re ParaMed Ambulance Service Volumes

39. Facsimile to Healey from Wilcox re Acquisition of ParaMed Ambulance Service

40. Letter to Slivka from re Acquisition of ParaMed Ambulance Service Assets

41. Letter to Slivka from Zammito re Escrow Deposit

42. Letter to Slivka from Wilcox re Letter of Intent

43. Letter to Slivka from Zammito re ParaMed Ambulance Service Financial Information

44. ASA PrarMed Confidentiality Agreement

45. Memorandum to Zammito from Healey re Issues to be Resolved in ParaMed Transaction

46. Letters to Healey from O'Brian re Acquisition of ParaMed Ambulance Service

47. Memorandum to Wilcox from Healey re Charter Ambulance Company

48. Letter to Jendrysik from Zammito re Due Diligence of Charter Ambulance Company

49. Letters to Jendrysik from Healey re Charter Ambulance Company Proposal

50. Letter to Healey from Zingale re Charter Ambulance Company Proposal

51. Memorandum to Healey from Kevin Martin re Due Diligence of Charter Ambulance Company

52. Letter to Healey and Zammito from Zingale re Proposal Letter

53. Letter to Ftizgerald from Zammito re Charter Ambulance Company Merger

54. Draft of Letter to Ftizgerald from Zammito re Charter Ambulance Company Merger Written by Healey

55. Letter from Zingale to Zammito re Charter Ambulance Company Draft Agreement

56. Letter to Zammito from Jandrysik and Mercure re Confirmation of Chater Ambulance Company Transaction

57. Letter to Zammito from Zingale re Status of Charter Transaction

58. Letter to ASA from Westra re Approval of Charter Transaction Financing

59. Letter to Gordon from Martin re Combination of Amnet and ASA

60. Letter to Erlich from Martin re Meeting Agenda

61. Martin Financial Analysis of Zammito Charitable Remainder Unitrust

62. Boston Business Journal Articles re Ambulance Company Consolidation

63. Memorandum to Zingale from Zammito re Meeting re Potential Merger of AmNet & Zam-Cul

64. Healey Notes re Meeting re Potential Merger of AmNet & Zam-Cul

65. Chaulk Letter of Intent

66. Memorandum to File from Healey re Meeting Zam-Cul and Chaulk

67. Memorandum to Zammito from Bujalski re Summary Memorandum

68. Zam-Cul Financial Statements

69. Memorandum to Zammito from Bujalski re open Items and Due Diligence

70. Healey Notes re AmNet Zam-Cul Merger

71. Chaulk ASA Utilization Analysis

72. Memorandum to Prelack from Zammito Written by Healey re AmNet Due Diligence

73. Memorandum to Zammito from Prelack re Financial Questions

74. ASA/Amnet Issues to Be Addressed

75. Letter to Erlich from Healey re Results of Chaul Due Diligence

76. Memorandum to Zammito from Martin re Initial Thoughts Re Chaulk Memo

77. Memorandum to File from Westra re Terms of ASA AmNet Merger

78. Letter to Zammito from Buljalski re Agreed Upon Financial Terms

79. Memorandum to Zammito from Prelack re AmNet Due Diligence

80. Letter to Zammito from Martin re Merger Effect on Past Earnings

81. Memorandum to Zammito from Healey re state of ZamCul Operations

82. Memorandum to Healey from Martin re Corporate Organization

83. Letter to Zammito from Buljalski re Boot Payment

84. Healey Notes Re Financial Terms of Transaction

85. AmNet ZamCul Merger Term Sheet

86. Letter to Zammito from Martin re Analysis of Merger & Percentages of Ownership

87. Letter to Zammito from Zingale re Antitrust

88. Letter to Westra from Zingale re Letter of Intent

89. Letter to Fagen from Zingale re Business Reasons for Merging All Zammito Entities

90. Letter to Zammito from Greely re USTrust $4 Million Revolving Line of Credit and Associated Line of Credit

91. Letter to Giacchetto from Moffatt re Update ASA schedule to the Agreement

92. Letter to Westra from Zingale re Revised Draft of Letter of Intent

93. Memorandum to Tully from Healey re Zammito Employment Contract

94. Copy of Write Up on Welch Carson by Trade Magazine

95. Memorandum Re ZamCul Lease Review

96. ASA Adjustments to Income Statement

97. Healey Notes re Chaulk Ambulance Background

98. Letter to Bujalski from Zammito re Structure of AmNet and Zam-Cul Enterprises

99. Lovett Employment Agreement

100. DiOrio Employment Agreement

101. Letter to Erhlich from Zammito re Drafting of Contracts for Zammitos, Lovett, DiOrio and Huntington Forbes

102. Zam-Cul Enterprises Employment Agreement Analysis for Relevant Parties

103. Letter to Healey from Ehrlich re Zammito

104. Memorandum to Silverstein from Ehrlich re Zammito #81809

105. Zam-Cul Term Sheet

106. Memorandum to Silverstein from Ehrlich re Zammito #81309

107. Memorandum to Zammito from Ehrlich re AmNet/ASA Proposed Combination

108. Memorandum to Zammito from Halpert re Zammito-Healey Arrangements

109. Memorandum to Silverstein from Ehrlich re Zammito/Healey #81309

110. Letter to Ehrlich from Healey re Purchase of ASA Stock

111. Memorandum to Healey from Ehrlich re Purchase of ASA Stock

112. Memorandum to Healey from Ehrlich re AmNet

113. Huntington Forbes ASA Consulting Contract

114. Letter to Martin from Ehrlich re Zammito, Healey et al

115. Letter to Healey from Zammito re Side Letter Agreement

116. RPCV Leasing Company Huntington Forbes Consulting Contract

117. Memorandum to Zammito from Healey re Cheap Stock

118. Revised Draft of ASA Employment Contracts

119. Letters to Ehrlich from Healey re Cheap Stock

120. Letter Zammito from Healey re Cheap Stock

121. Letter to AMR from Healey re Finds Transfer Instructions

122. ASA Descriptive Memorandum

123. AMR Escrow Agreement

124. Furm Selz Engagement Letter

125. ASA Proposed Sale to AMR Principal Business Issues

126. Letter to Ehrlich from Healey re ASA, Gordon Appraisal and Furman Selz Appraisal

127. Memorandum to Prelack Giacchetto re ASA Restructuring

128. Letter to Zammito from Swergold re AMR Offer

129. Letter to Ehrlich from Westra re ASA Transaction

130. Subordination Agreement

131. Agreement and Plan of Merger Between AMR and ASA

132. Memorandum to Bellotti from Healey re Zammito Directions

133. Zammito Family Value of Exit Salary Agreement

134. Letter to Healey from Ehrlich re Termination of Consulting Agreement with RPCV Realty and Leasing

135. Letter to Martin from Ehrlich re Zam Cul and Worcester Himmer Appraisals

136. Letter to Gordon from Martin re Summary of Transactions

137. Letter to Gordon from Martin re Addendum to October 27th Letter

**Skyways Communications Documents**

1. Documents re First Scenario

2. Documents re realistic Scenario

3. Documents re Conservative Scenario

4. Documents re Financial Assumptions

5. Documents re Products and Services

6. Documents re Expenses

7. Documents re Start Up Costs

8. Documents re Website

9. Documents re Miscellaneous Notes

10. Documents re DigiCom Communications Documents re ExperTv

11. Documents re Campaign Links

12. Documents re Statstream

13. Documents re Logos

14. Documents re Correspondence

15. Letter to Paci from Healey re Skyways Communications

16. Facsimile to Zammitos, Martin and Healey from Walters re Executive Employment Agreement

17. Letter to Martin from Healey re Stanton Cummings' Capital Contributions to Colornet and Skyways

18. Document re Reserving of Skyways Communications Corporate Name in Delaware

19. Letter to Distribution List from Kroiz re Loan Documents re Skyways Communications

20. Skyways Communications Security Agreement

21. Letter to Zammito from Kroiz re Unit Certificates for Skyways

22. Letter to Reeb from Healey re Franchise Possibilities

23. Email to Zammito from Reeb re Skyways Communications

24. Memorandum to Zammito from Healey Re Skyways Communications

25. Memorandum to Zammitos and Martin from Hess, Reeb and Zammito re Skyways Communications

26. Letter to Reeb from Zammito re Summary of Financial Matters

27. Letter to Stadfield from Healey re Skyways Communications

28. Memorandum to Zammito from Martin re Skyways Communications Accounting Issues and Profit Centers

29. Facsimile to Healey from Reeb re Truck Operations

30. Letter to Hess from Citizens Bank re Skyways Communications

31. Skyways Communications Cash Flow

32. Written Consent of the Management Committee

33. Memorandum to Reeb from Healey re Jane McCahon

34. Skyways Monthly Operating Expense

35. Letter from Hovell re Joining Forces with Skyways Communications

36. Email to Zammito and Robertson from Hovell re Locked-On

37. Facsimile to Healey from Davin re re Locked-On

38. Skyways Webcasting Agenda

39. Skyways Mc2 Announcement

40. Skyways Communications Beyond Pix Draft

41. Memorandum to Hess and Reeb from Healey re August 24th Meeting

42. Letter to Healey from Reeb re Business Point Discussion

43. Memorandum to Zammito from Healey re Skyways September 5th Review

44. Memorandum to Healey from Reeb re Comparative P & L 2000-2001

45. Memorandum to Hees and Reeb from Healey re Potential Sale or Lease or Trucks

46. Weekly Skyways Report (11/9/01)

47. Weekly Skyways Report (11/19/01)

48. Memorandum to Zammitos and Healey from Ciampa Re Weekly Skyways Report

49. Weekly Skyways Report (12/3/01)

50. Memorandum to Zammitos and Healey from Ciampa re Weekly Status Report

51. Memorandum to Zammito and Martin from Ciampa re Loans

52. Weekly Status Report (12/18/01)

53. Letter to Ciampa from Martin re Telephone Conversation

54. Memorandum to Ciampa from Reeb re Buget

55. Memorandum to Jennings, Walton, Zammito, Ciampa and Hess re Sat Truck Operator Vacancy

56. Memorandum to Zammito and Healey from Ciampa re Budget and Projections

57. Weekly Status Report (01/07/01)

58. Email to Ciampa from Hess re Employment Agreement Extensions

59. Letter to Santiago re Profit Sharing

60. Email to Bobandvalz from Reeb re Skyways

61. Memorandum to Reeb from Healey re NV Speech

62. Memorandum to Reeb from Healey re Terra Lycos Proposal

63. Facsimile to Healey and Zammito from Ciampa re Loans

64. Email to Lu from Reeb re Skyways Marketing

16

65. Email to Zammito, Walton, Jennings, Hess and Ciampa re Third Truck Engineer Resolution

66. Email to Zammito, Jennings, Ciampa and Hess from Reeb re Friday Update

67. Email to Ciampa and Hess from Reeb re Revenue Upcoming Projects

68. Email to Jennings, Walton, Hess, Ciampa and Zammito re Friday Update

69. Email to Reeb from Zammito re Skyways Studio

70. Email to Alka, Gupta, Atwwod, Hutton, Werthessen from Reeb re Skyways

71. Email to Reeb from Braden re NDA

72. Email to Beeper from Reeb re Pricing for BT Services

73. Letter from Reeb re Superbowl

74. Facsimile to Zammito and Healey re Skyways Proposal

75. Email to Bobanddevelz re Zammito Conduct

76. Memorandum to Reeb and Hess from Healey re Potential Truck buyer

77. Letter to Swartz from Healey re Confidentiality Agreement

78. Letter to Hess and Reeb from Attorney Considine re Representation of Zammito, RPCV, LLC and Stanton Cummings, LLC

79. Letter to Attorney Considine from Attorney Levin re Purchase of Healey and RPCV Interests in Skyways

80. Memorandum to File from Healey re Meeting at NCPS

81. Letter to Attorney Considine from Attorney Levin re Skyways Communications

82. Memorandum to Martin from Healey re Martin Letter to Attorney Levin

83. Letter to Attorney Levin from Attorney Considine re Skyways Communications

84. Letter to Attorney Considine from Attorney Levin re Letter of March 12th

85. Facsimile to Zammito from Attorney Considine re Issues Flow Chart

86. Email to Attorney Considine from Carey Re Skyways Terra Lycos Proposal

87. Letter to Attorney Considine from Attorney Levin re Skyways Communications

88. Facsimile to Healey from Reeb re Attorneys Considine and Levin Meeting

89. Facsimile to Attorney Considine from Attorney Levin re Purchase and Sales Agreement

90. Facsimile to Healey from Attorney Considine re Mutual Release of Claims

91. Facsimile to Zammitos and Healey from Ciampa re Skyways Communications, LLC Report of Fair Market Value

92. Letter to Attorney Considine from Attorney Levin re Memorandum of Discussion

93. Letter to Attorney Levin from Attorney Considine re Draft Agreement

94. Skyways Sales Agreement

95. Signature Page to Skyways Sales Agreement

96. Letter to Zammito and Healey from Attorney Considine re Skyways Sales Documents

97. Skyways Communications Financial Statements

**Harte Toyota**

1. Huntington Forbes Limited Mass Department Employment Industry Verification Statement

2. Articles of Organization Huntington Forbes Limited

3. Annual Report Huntington Forbes Limited 2003

4. Annual Report Stanton Cummings Limited 2003

5. Zammito Statement of Assets & Liabilities 12/31/90

6. Zammito Family Personal Assets 06/30/02

7. Mortgage Glen & Cynthia to Luzo Community Bank

8. Guarantee Glen Harte to Luzo Community Bank

9. Adjustable Term Note Harte Toyota to Luzo Community Bank

10. Letter to Martin from Harry Healey re Harte Toyota, dated 07/24/00

11. Letter to Healey from Attorney Curhan re Harte Toyota Purchase & Sale Agreement, dated, 07/28/00

12. Asset Purchase Agreement Harte Toyota to Zammito, dated 08/22/00

13. Employment Agreement between Zammito and Harte, dated 08/2000

14. Investment & Lease Agreement between Zammito & Harte dated 08/2000

15. Letter to Zammito from Attorney re Acquisition of Harte Toyota, dated 08/29/00

16. Letter to Healey from Attorney Curhan re Bento Lease, dated 08/2000

17. North Dartmouth Toyota Net Investment Requirement

18. Memorandum to Zammito & Healey from Martin re Toyota Dealership Application, dated 08/20/00

19. Letter to Zammito, Jr., from OCD Consulting re Engagement Letter, dated 08/04/00

20. Letter to Zammito from Toyota re Application Requirements

21. Toyota Dealer Agreement

22. Letter from Toyota Financial Services to Healey re Dartmouth Toyota Real Estate

23. Closing Agenda Harte Toyota Sale Zammito Automotive Group, dated 12/15/00

24. New Corporation Requirements & Assignments

25. Letter to Zammito from Healey re Glen Harte Option, dated 01/08/01

26. Letter to Zammito from Healey re Personal Liability Letter

27. Letter to Attorney Curhan from Healey re South Costal Rental, South Coastal Computer

28. Letter to Corporate Risk Advisors from Healey re Zammito Automotive Group South Coastal Rental

29. Zammito Automotive Group Summary, Due to Due from Harte Toyota

19