30. Schedule A Purchase & Sale Harte Toyota, Harte Leasing, dated 01/24/01

31. Resolution Agreement Harte Toyota, Harte Leasing Robert Zammito, dated 12/31/00

32. Agreement between Harte & Zammito re Investment & Lease Agreement of August 24, 2000, dated 01/24/01

33. Luzo Community Bank Zammito Automotive Group Guarantee Agenda, dated 01/11/01

34. Assumption Agreement Made 11th Day of January 2001, HG Properties & Luzo Bank

35. Letter to Luzo Bank from Zammito Automotive Group & HG Properties re Assumption Agreement, dated 01/11/01

36. Letter to Luzo Community Bank from Zammito Automotive Group re Full Recourse Agreement

37. Commercial Lease between Bento & Glen W. Harte, Inc., dated 01/21/00

38. Letter to Zammito from Mintz Levin re Review of Bento Lease

39. Letter to Glen Harte from Mintz Levin re Review of Bento Lease

40. Letter to Glen Harte from William Bento re Lease

41. Resolution Agreement between Harte Leasing, Harte Toyota & Zammito, dated 12/31/00

42. Memorandum to Zammito from Healey re Closing of the Acquisition of Harte Toyota by Zammito Automotive Group

43. Letter to O'Connor & Drew from Stanton Cummings re Zammito Automotive Group

44. Sales Agreement between Harte Toyota & Zammito Automotive Group, dated 12/31/00

45. Summary of Amounts due to Glen Harte

46. Harte Toyota Summary of Account X7710 from January through December 2001

47. Zammito Automotive Group American Express Centurion Bank disbursement of Funds

48. Zammito Automotive Group Summary re Payment Glen Harte's Wife

49. Zammito Automotive Group Summary re Glen Harte Compass Bank Loan January through December 2001

50. Zammito Automotive Group Summary re Glen Harte Luzo Loan January through December 2001

51. Zammito Automotive Group Summary Due from Harte Toyota Customer Deposits

52. Zammito Automotive Group Summary Due from Harte Toyota re Luzo Account

53. MFS Retirement Services Century Select Insurance Owner Guard Bonus Insurance Over Payment and Storage Trailer

54. Final Closing Adjustments due to Zammito Automotive Group to Harte Toyota

55. Zammito Automotive Group Year End Tax Planning, dated 12/31/01

56. Harte Toyota Summary of Extra Expense, dated 12/31/01

57. Zammito Automotive Group Summary Toyota of Dartmouth Good Will

58. Toyota of Dartmouth Summary of Amounts due to Glen Harte, dated 07/31/02

59. Limited Guarantee between Zammito Automotive Group & Luzo Community Bank, dated 01/11/01

60. Home Equity Line of Credit from Compass Bank to Glen & Betty Harte, dated 06/01/93

61. Certificate of Organization HT Properties

62. Zammito Automotive Group Certificate of Vote re Luzo Bank, date 01/12/01

63. Toyota Dealer Agreement between Zammito Automotive Group & Toyota, dated 01/25/01

64. Harte Toyota Cash Flow April 30th 2001

65. Memorandum to Healey from Glen Harte re Adjustments to Partnership Employment Agreement, dated 05/07/01

21

66. Memorandum to Zammito from Attorney Curhan re Glen Harte's Memorandum

67. Harte Toyota Ratio Analysis Compared to O'Connor & Drew Averages

68. Letter to Zammito & Healey from Curhan re Zammito Desire to Fire Harte, dated 07/09/2001

69. Letter to Zammito from Healey re Swansea Property

70. Letter Drafted by Healey for Zammito to Toyota Motor Credit re Floor Plan Advance, dated 05/2001

71. Letter to Healey from Harte re Excess Interest Calculation Floor Plan

72. Extraordinary Expenses for Harte Toyota from January to June 2001

73. Harte Toyota Trail Balance June 2001

74. Toyota of Dartmouth Additional Paid in Capital, dated 12/31/01

75. Memorandum to Zammito from Healey re Status of Toyota of Dartmouth, 03/2001

76. Letter to Zammito from Ehrich re Real Estate Trusts North Dartmouth

77. Letter from Martin to Healey re Zammito 2001 Family Trust and Copy of Same

78. Memorandum from OCD to Zammito & Healey re Zammito Automotive Group Operations, dated 03/15/01

79. Letter to Toyota Motor Credit from Attorney Curhan re Zammito Automotive Real Estate

80. Memorandum to File from Healey re Zammito Automotive Group Capital Budget

81. Quick Claim Deed from Toyota Motor Credit re 100 Faunce Corner Road, Dartmouth, Massachusetts

82. Proposal for Land Lease for Abutting Property on Faunce Corner Road

83. Business Plan from John Malloy re Expansion of Rental Sale, dated 03/21/01

84. Invoice from Coastal Services to Healey re Toyota Remodeling, dated 03/21/01

85. Letter to Healey from Attorney Curhan re Lease North Dartmouth

86. Modification of Loan Documents between Toyota Motor Credit, Zammito Real Estate & Zammito Individually

87. Income Statement Glen W. Harte, Inc., for the period 01/11/01 – 05/31/01

88. Letter to Toyota Motor Credit from Curhan re Environmental Assessment Dartmouth Massachusetts

89. Letter Group to Toyota Motor Credit from Zammito Automotive re Floor Plan Line Over Advance

90. Zammito Automotive Extra Ordinary Expenses 01/31/01 – 08/31/01

91. Letter to William Ralston from Zammito Automotive re Capital Loan, dated 09/18/01

92. Letter to Zammito from Toyota Motor Sales re Toyota Vehicle Support Program

93. Letter to Toyota Motor Sales from Zammito Automotive re Toyota Vehicle Support Program

94. Letter to O'Connor & Drew from Martin re Tax Planning, dated 12/14/01

95. Letter to Martin from O'Connor & Drew re Tax Planning, dated 12/26/01

96. Cash Flow Analysis Toyota of Dartmouth for the Year 2001

97. Toyota of Dartmouth Ratio Analysis by O'Connor & Drew

98. Summary of Amount due Glen Harte

99. Summary of Extra Expense Zammito Automotive Group, dated 12/31/01

100. Letter to Harte from Stanton Cummings re Open Items Zammito Automotive Group/Harte Toyota

101. Letter to Harte from Zammito Automotive Group re Harte Termination, dated 01/07/02

102. Memorandum to Zammito from Healey Glen Harte Separation, dated 01/28/02

103. Letter to Luzo Bank from Harte Toyota re Glen Harte Termination

104. Note Secured by Mortgage between Zammito Automotive Real Estate & Toyota Motor Credit

105. Memorandum to Zammito from Healey re Bento Property

106. Letter to Harte from Zammito Automotive Group re Violation of Confidential Data

107. Letter to Zammito from Stanton Cummings re Recap of Toyota Purchase and Subsequent Adjustments

108. Letter to O'Connor & Drew from Stanton Cummings re Recap of Toyota Purchase

109. Letter to Zammito from Attorney Curhan re Termination of Harte

110. Letter to Zammito from Stanton Cummings re Harte Meeting March 25th 2002

111. Letter to Zammito from Stanton Cummings re Update Toyota of Dartmouth

112. Letter to Paul Zammito from Healey re Grand Opening

113. Letter to Zammito from Healey re New Car Inventory

114. Letter to Paul Zammito from Healey re P&L Toyota of Dartmouth

115. Letter to Attorney Curhan from Zammito re Harte Severance Payments

116. Memorandum to File from Healey re Amaral Matter

117. Letter to Healey from Attorney Murphy re Amaral

118. Letter to Harte from Attorney Murphy re Amaral

119. Zammito v Harte Complaint & Jury Demand

120. Letter to Edward Grurk form Attorney Murphy re Silver

121. Letter to Attorney Murphy from Stanton Cummings re Harte

122. Letter to Zammito from O'Connor & Drew re Comments of Dealership Financials

123. Letter to Paul Zammito from Healey re Swansea

124. Letter Fred Picello from Healey re Dealership Budget

125. Letter to Healey from John Malloy re Real Estate Mortgage North Dartmouth

126. Letter to Attorney Murphy from Healey re Harte's Home Rochester, Massachusetts

127. Letter to O'Connor & Drew from Stanton Cummings re Amounts due to Glen Harte

128. Reg Gilmore re New Dealership

129. Letter to Zammito from Belotti re Toyota Dartmouth

130. Letter to Zammito Family from Healey re Toyota of Dartmouth

131. Letter to MCAD from Attorney Murphy re Amaral

132. Letter to Attorney Murphy from Attorney Bourbeau re Harte Litigation.

The Defendants/Counterclaimants and Third-Party Plaintiffs reserve the right to assert further claims pending the disclosure of additional financial records and other documents related to National Check Protection Service, Inc. ("NCPS"); National Data Verification Service, Inc. ("NDVS"); Fleet Environmental Services, LLC; FE Holdings, LLC; Toyota of Dartmouth, Inc.; Zammito Automotive Group, Inc.; and, the creation of the NCPS/NDVS business trusts.

The Defendants/Counterclaimants and Third-Party Plaintiffs reserve the right to supplement this disclosure or present additional evidence at the time of trial depending upon the Plaintiff/Counterclaim Defendant and Third-Party Defendants' disclosure.

Respectfully submitted;

THE DEFENDANTS,
COUNTERCLAIM PLAINTIFFS, and
THIRD PARTY PLAINTIFFS

By their attorneys:

*/s/ Stephen J. Lyons*
Stephen J. Lyons
(BBO#309840)
KLIEMAN, LYONS, SCHINDLER
 & GROSS
21 Custom House Street
Boston MA 02110
Telephone: 617.443.1000

Dated: August 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on August 25, 2004.

*/s/ Stephen J. Lyons*
Stephen J. Lyons