## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10161-REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR., | ) |
| PAUL M. ZAMMITO, | ) |
| CHRISTOPHER ZAMMITO and | ) |
| VALARIE A. MORDINI, | ) |
|     Plaintiffs and Counterclaim Defendants, | ) |
|         v. | ) |
| HARRY W. HEALEY, JR., GRANTOR TRUST | ) |
| and PETER W. HEALEY, as Trustee of | ) |
| HARRY W. HEALEY, JR., GRANTOR TRUST, | ) |
|     Defendants and Counterclaim Plaintiffs | ) |
| | ) |
| HARRY W. HEALEY, JR., individually, and as | ) |
| Trustee of THE HUNTINGTON FORBES | ) |
| CHARITABLE REMAINDER TRUST, | ) |
| HUNTINGTON FORBES, LTD., | ) |
| STANTON CUMMINGS, LTD., | ) |
| PETER W. HEALEY, as Trustee of | ) |
| THE HEALEY GRANDCHILDREN'S TRUST – II, | ) |
|     Third-Party Plaintiffs, | ) |
|     Third-Party Defendants in Counterclaim | ) |
|         v. | ) |
| ROBERT J. ZAMMITO, SR., | ) |
| VALERIE L. ZAMMITO, | ) |
| ASA HOLDINGS, INC., and | ) |
| ASA HOLDINGS LP, | ) |
|     Third-Party Defendants, | ) |
|     Third-Party Plaintiffs in Counterclaim, | ) |
|     Third-Party Plaintiffs, | ) |
|         v. | ) |
| JOHN A. MALLOY, III and | ) |
| WILLIAM R. HEALEY, | ) |
|     Third-Party Defendants | ) |
| | ) |
| MELLON BANK | ) |
| (a/k/a Mellon Trust of New England), | ) |
|     Bank Trustee. | ) |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The Parties hereby submit their Joint Motion to Continue the Scheduling

Conference currently scheduled for September 15, 2004 at 11 AM. Due to a scheduling

conflict, counsel for the Plaintiffs is unable to attend the September 15 conference.

Counsel for the Defendants has agreed to jointly seek a continuance. After speaking with

the Court, the Parties and the Court are available September 16, 2004 at 3 PM. As such,

the Parties seek a continuance of the Scheduling Conference to that date.

**WHEREFORE,** the Parties respectfully request that this Court continue the

Scheduling Conference in this matter from September 15, 2004 to September 16, 2004 at

3:00 P.M.

| | |
|---|---|
| HARRY W. HEALEY, JR., GRANTOR TRUST, et al<br>By their attorney, | ROBERT J. ZAMMITO, JR., et al<br>By their attorney, |
| Stephen J. Lyons<br>Klieman, Lyons, Schindler & Gross<br>21 Custom House Street<br>Boston, MA<br>617-443-1010 | Kevin M. Considine<br>Timothy M. Mitchelson (BBO #630331)<br>Kevin M. Considine P.C.<br>One Boston Place<br>Boston, MA 02108<br>617-723-9900 |
| Dated: September 3, 2004 | Dated: September 3, 2004 |