AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Massachusetts_____

## APPEARANCE

Case Number: 04-10161-REK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Plaintiffs, Robert J. Zammito Jr., et al; and
The Third Party Plaintiffs, Robert J. Zammito, Sr. et al

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/22/2004 | *[signature]* |
| Date | Signature |
| | Timothy M. Mitchelson — 630331 |
| | Print Name / Bar Number |
| | Kevin M. Considine PC, One Boston Place, 28th Floor |
| | Address |
| | Boston, MA 02108 |
| | City / State / Zip Code |
| | (617) 723-9900 / (617) 723-5700 |
| | Phone Number / Fax Number |