UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10161-REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR., <br> PAUL M. ZAMMITO, <br> CHRISTOPHER ZAMMITO and <br> VALARIE A. MORDINI, <br>     Plaintiffs and Counterclaim Defendants, <br>               v. <br> HARRY W. HEALEY, JR., GRANTOR TRUST <br> and PETER W. HEALEY, as Trustee of <br> HARRY W. HEALEY, JR., GRANTOR TRUST, <br>     Defendants and Counterclaim Plaintiffs <br> <br> HARRY W. HEALEY, JR., individually, and as <br> Trustee of THE HUNTINGTON FORBES <br> CHARITABLE REMAINDER TRUST, <br> HUNTINGTON FORBES, LTD., <br> STANTON CUMMINGS, LTD., <br> PETER W. HEALEY, as Trustee of <br> THE HEALEY GRANDCHILDREN'S TRUST – II, <br>     Third-Party Plaintiffs, <br>     Third-Party Defendants in Counterclaim <br>               v. <br> ROBERT J. ZAMMITO, SR., <br> VALERIE L. ZAMMITO, <br> ASA HOLDINGS, INC., and <br> ASA HOLDINGS LP, <br>     Third-Party Defendants, <br>     Third-Party Plaintiffs in Counterclaim, <br>     Third-Party Plaintiffs, <br>               v. <br> JOHN A. MALLOY, III and <br> WILLIAM R. HEALEY, <br>     Third-Party Defendants <br> <br> MELLON BANK <br> (a/k/a Mellon Trust of New England), <br>     Bank Trustee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND REVISE
DISCOVERY PLAN**

The Parties hereby submit their Joint Motion to Continue the Status Conference

and Revise their Joint Discovery Plan. There is a Status Conference currently scheduled for December 16, 2004 at 11 AM. The Parties are pleased to report that there is nothing currently pending between the Parties that warrants the Court's attention. As such, to save time and judicial resources, the Parties seek a 60-day continuance of the Status Conference.

In addition, the Parties seek to rearrange their Joint Discovery Plan set forth in their Joint Statement filed March 25, 2004. The Parties wish to rearrange the current expert deadlines. The new expert deadlines would be as follows:

1. All parties identify testifying experts by February 1, 2005;

2. All parties provide Rule 26 expert reports by March 1, 2005;

The date to complete expert discovery would remain as April 1, 2005 and the date to file dispositive motions would remain June 1, 2005.

**WHEREFORE,** the Parties respectfully request that this Court continue the Status Conference for 60 days and revise the expert deadlines in accordance with the schedule set forth above.

| | |
|---|---|
| HARRY W. HEALEY, JR., GRANTOR TRUST, et al<br>By their attorney, | ROBERT J. ZAMMITO, JR., et al<br>By their attorney, |
| _____<br>Stephen J. Lyons<br>Klieman, Lyons, Schindler & Gross<br>21 Custom House Street<br>Boston, MA<br>617-443-1010 | _____<br>Kevin M. Considine<br>Timothy M. Mitchelson (BBO #630331)<br>Kevin M. Considine P.C.<br>One Boston Place<br>Boston, MA 02108<br>617-723-9900 |
| Dated: December 15, 2004 | Dated: December 15, 2004 |