# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB 15  A 11: 58
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-10161-REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR., <br> PAUL M. ZAMMITO, <br> CHRISTOPHER ZAMMITO and <br> VALARIE A. MORDINI, <br>     Plaintiffs and Counterclaim Defendants, <br>          v. <br> HARRY W. HEALEY, JR., GRANTOR TRUST <br> and PETER W. HEALEY, as Trustee of <br> HARRY W. HEALEY, JR., GRANTOR TRUST, <br>     Defendants and Counterclaim Plaintiffs <br><br> HARRY W. HEALEY, JR., individually, and as <br> Trustee of THE HUNTINGTON FORBES <br> CHARITABLE REMAINDER TRUST, <br> HUNTINGTON FORBES, LTD., <br> STANTON CUMMINGS, LTD., <br> PETER W. HEALEY, as Trustee of <br> THE HEALEY GRANDCHILDREN'S TRUST – II, <br>     Third-Party Plaintiffs, <br>     Third-Party Defendants in Counterclaim <br>          v. <br> ROBERT J. ZAMMITO, SR., <br> VALERIE L. ZAMMITO, <br> ASA HOLDINGS, INC., and <br> ASA HOLDINGS LP, <br>     Third-Party Defendants, <br>     Third-Party Plaintiffs in Counterclaim, <br>     Third-Party Plaintiffs, <br>          v. <br> JOHN A. MALLOY, III and <br> WILLIAM R. HEALEY, <br>     Third-Party Defendants <br><br> MELLON BANK <br> (a/k/a Mellon Trust of New England), <br>     Bank Trustee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The Parties hereby submit their Joint Motion to Continue the Status Conference

and Revise their Joint Discovery Plan. There is a Status Conference currently scheduled for February 17, 2005 at 2PM. The Parties are pleased to report that there is nothing currently pending between the Parties that warrants the Court's attention. Moreover, counsel for Mr. Healey is currently on trial in the Norfolk Superior Court. As such, to save time and judicial resources, the Parties seek a 60-day continuance of the Status Conference.

**WHEREFORE,** the Parties respectfully request that this Court continue the Status Conference for 60 days.

| | |
|---|---|
| HARRY W. HEALEY, JR., GRANTOR TRUST, et al<br>By their attorney,<br><br>_____<br>Stephen J. Lyons<br>Klieman, Lyons, Schindler & Gross<br>21 Custom House Street<br>Boston, MA<br>617-443-1010<br><br>Dated: February 15, 2005 | ROBERT J. ZAMMITO, JR., et al<br>By their attorney,<br><br>_____<br>Kevin M. Considine<br>Timothy M. Mitchelson (BBO #630331)<br>Kevin M. Considine P.C.<br>One Boston Place<br>Boston, MA 02108<br>617-723-9900<br>Dated: February 15, 2005 |