IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10161-REK

ROBERT J. ZAMMITO, JR.;  )
PAUL M. ZAMMITO;  )
CHRISTOPHER ZAMMITO; and  )
VALARIE A. MORDINI,  )
    Plaintiffs and Counterclaim Defendants  )
    )
v.  )
    )
HARRY W. HEALEY, JR., GRANTOR TRUST and  )
PETER W. HEALEY as Trustee of  )
HARRY W. HEALEY, JR., GRANTOR TRUST,  )
    Defendants and Counterclaim Plaintiffs  )
    )
HARRY W. HEALEY, JR. individually, and as Trustee of  )
THE HUNTINGTON FORBES CHARITABLE  )
REMAINDER TRUST;  )
    )
HUNTINGTON FORBES, LTD.;  )
STANTON CUMMINGS, LTD.;  )
PETER W. HEALEY, as Trustee of  )
THE HEALEY GRANDCHILDREN'S TRUST – II,  )
    Third Party Plaintiffs  )
    Third Party Defendants in Counterclaim  )
    )
v.  )
    )
ROBERT J. ZAMMITO, SR.;  )
VALERIE L. ZAMMITO;  )
ASA HOLDING COMPANY, INC.; and  )
THE ASA HOLDINGS LP,  )
    Third Party Defendants  )
    Third Party Plaintiffs in Counterclaim  )
    Third Party Plaintiffs  )
    )
v.  )
    )
JOHN A. MALLOY, III and  )
WILLIAM R. HEALEY,  )
    Third Party Defendants  )
    )
MELLON BANK (aka Mellon Trust of New England),  )
    Bank Trustee  )

**MOTION PURSUANT TO LOCAL RULE 7.1 FOR LEAVE TO FILE MOVING
PAPERS IN EXCESS OF TWENTY PAGES**

**NOW COMES** the defendant and counterclaim plaintiff, Peter W. Healey, as Trustee of the Harry W. Healey, Jr. Grantor Trust and pursuant to Local Rule 7.1(B)(4) respectfully requests that this Court permit the defendant and counterclaim plaintiff to file a Motion for a Preliminary Injunction and Other Equitable Relief with Statement of Reasons and Authorities which, combined, is forty-three (43) pages in length.

As grounds for this Motion, the defendant and counterclaim plaintiff states:

1. This case involves an exceedingly complex and complicated fact pattern spanning fifteen (15) years which is essential to this Court's understanding of the legal issues presented in the within motion.

2. This case also involves twenty (20) parties and a total of eighteen (18) claims and cross-claims by the plaintiffs and thirty-seven (37) counterclaims by the defendants involving fraud, breach of contract, breach of fiduciary duty, shareholder fraud, violations of M.G.L. Chapter 93A and, violations of The Racketeer and Corrupt Organizations Act, 18 U.S.C., Section 1961 ("RICO").

3. The violations of The Racketeer and Corrupt Organizations Act, 18 U.S.C., Section 1961 ("RICO") involve a complicated fraudulent scheme and more than 121 separate predicate acts and the fraudulent misappropriation by the plaintiffs of more than 2.3 million dollars.

4. In an effort to minimize needless repetition and the length of these pleadings and summarize and condense the Trustee's statement of facts and legal arguments as much as possible, the Trustee's motion,

2

statement of relevant procedural and factual background and legal arguments have been combined into a single document excluding exhibits.

**WHEREFORE**, for the foregoing reasons, the defendant and counterclaim plaintiff respectfully requests that this Court permit the defendant and counterclaim plaintiff to file its Motion for a Preliminary Injunction and Other Equitable Relief with Statement of Reasons and Authorities pages which, combined, is forty-three (43) pages in length.

Respectfully submitted;

THE DEFENDANTS,
COUNTERCLAIM PLAINTIFFS, and
THIRD PARTY PLAINTIFFS

By their attorneys:

_____
Stephen J. Lyons
(BBO#309840)
KLIEMAN, LYONS, SCHINDLER
 & GROSS
21 Custom House Street
Boston MA 02110
Telephone: 617.443.1000

Dated: April 20, 2005