UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10161-REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR., <br> PAUL M. ZAMMITO, <br> CHRISTOPHER ZAMMITO and <br> VALARIE A. MORDINI, <br>   Plaintiffs and Counterclaim Defendants, <br> v. <br> HARRY W. HEALEY, JR., GRANTOR TRUST <br> and PETER W. HEALEY, as Trustee of <br> HARRY W. HEALEY, JR., GRANTOR TRUST, <br>   Defendants and Counterclaim Plaintiffs <br> <br> HARRY W. HEALEY, JR., individually, and as <br> Trustee of THE HUNTINGTON FORBES <br> CHARITABLE REMAINDER TRUST, <br> HUNTINGTON FORBES, LTD., <br> STANTON CUMMINGS, LTD., <br> PETER W. HEALEY, as Trustee of <br> THE HEALEY GRANDCHILDREN'S TRUST – II, <br>   Third-Party Plaintiffs, <br>   Third-Party Defendants in Counterclaim <br> v. <br> ROBERT J. ZAMMITO, SR., <br> VALERIE L. ZAMMITO, <br> ASA HOLDINGS, INC., and <br> ASA HOLDINGS LP, <br>   Third-Party Defendants, <br>   Third-Party Plaintiffs in Counterclaim, <br>   Third-Party Plaintiffs, <br> v. <br> JOHN A. MALLOY, III and <br> WILLIAM R. HEALEY, <br>   Third-Party Defendants <br> <br> MELLON BANK <br> (a/k/a Mellon Trust of New England), <br>   Bank Trustee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION REGARDING DISPOSITIVE MOTIONS**

The Parties hereby request that they both be permitted to file memoranda in

support and in opposition of dispositive motions in excess of twenty (20) pages. In addition, the Parties request that the deadline for filing dispositive motions be set at June 6, 2005. As grounds therefor, the Parties assert that an expansion of both time and space is necessary so that each side may properly address the considerable number of claims alleged in this litigation.

**WHEREFORE,** the Parties respectfully request that this Court enter an order allowing:

1. The Parties to file memoranda in support and in opposition of dispositive motions in excess of twenty (20) pages; and

2. The Parties to file their dispositive motions on June 6, 2005.

| HARRY W. HEALEY, JR., GRANTOR TRUST, et al By their attorney, | ROBERT J. ZAMMITO, JR., et al By their attorney, |
|---|---|
| _Stephen J. Lyons_ (by agreement) Stephen J. Lyons Klieman, Lyons, Schindler & Gross 21 Custom House Street Boston, MA 617-443-1010 | Kevin M. Considine Timothy M. Mitchelson (BBO #630331) Kevin M. Considine P.C. One Boston Place Boston, MA 02108 617-723-9900 |
| Dated: May 18, 2005 | Dated: May 18, 2005 |