UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10161-REK

| | |
|---|---|
| ROBERT J. ZAMMITO, JR., <br> PAUL M. ZAMMITO, <br> CHRISTOPHER ZAMMITO and <br> VALARIE A. MORDINI, <br>     Plaintiffs, <br>         v. <br> HARRY W. HEALEY, JR., GRANTOR TRUST <br> and PETER W. HEALEY, as Trustee of <br> HARRY W. HEALEY, JR., GRANTOR TRUST, <br>     Defendants <br> <br> HARRY W. HEALEY, JR., individually, and as <br> Trustee of THE HUNTINGTON FORBES <br> CHARITABLE REMAINDER TRUST, <br> HUNTINGTON FORBES, LTD., <br> STANTON CUMMINGS, LTD., <br> PETER W. HEALEY, as Trustee of <br> THE HEALEY GRANDCHILDREN'S TRUST – II, <br>     Third-Party Plaintiffs, <br>     Third-Party Defendants in Counterclaim <br>         v. <br> ROBERT J. ZAMMITO, SR., <br> VALERIE L. ZAMMITO, <br> ASA HOLDINGS, INC., and <br> ASA HOLDINGS LP, <br>     Third-Party Defendants, <br>     Third-Party Plaintiffs in Counterclaim, <br>     Third-Party Plaintiffs, <br>         v. <br> JOHN A. MALLOY, III and <br> WILLIAM R. HEALEY, <br>     Third-Party Defendants <br> <br> MELLON BANK <br> (a/k/a Mellon Trust of New England), <br>     Bank Trustee. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS AND THIRD PARTY DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' "OPPOSITION TO PLAINTIFFS AND THIRD PARTY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT"**

Pursuant to Local Rule 7.1(B)(3), the Plaintiffs and Third Party Defendants, Robert J. Zammito, Jr., Paul M. Zammito, Christopher Zammito, Valarie A. Mordini, Robert J. Zammito, Sr., Valerie L. Zammito (collectively the "Zammitos"), ASA Holding Co., Inc. and the ASA Holdings L.P. hereby seek leave of court to submit a reply to the Defendants' "Opposition to Plaintiffs and Third Party Defendants' Partial Motion for Summary Judgment" (the "Opposition").

As grounds therefor, the Zammitos state that the Defendants have raised new claims relating to their RICO allegations in their Opposition. In their Counterclaim and Third Party Complaint, the Defendants claimed that the Zammitos had committed six (6) predicate acts of mail and wire fraud. In their Opposition, the Defendants now allege that the Zammitos have engaged in "at least 121 separate predicate acts." *See Opposition at p. 105.*

The Zammitos need to submit a reply to the Opposition because of this dramatic increase in the number of predicate acts. A reply will allow the Zammitos to address the Defendants' new legal claims (such as extortion and embezzlement) raised for the first time in the Opposition. In addition, the Zammitos will demonstrate that these new RICO claims are the Defendants' thinly veiled attempt to amend their Counterclaim and Third Party Complaint.

The Zammitos request leave to submit a reply to the Opposition on or before July 6, 2005. The Zammitos' reply will not exceed fifteen (15) pages.

**WHEREFORE,** Robert J. Zammito, Jr., Paul M. Zammito, Christopher Zammito, Valarie A. Mordini, Robert J. Zammito, Sr., Valerie L. Zammito, ASA Holdings, Inc. and ASA Holdings LP respectfully request that this Court enter an order:

1. Granting them leave to file a reply to the Defendants' "Opposition to Plaintiffs and Third Party Defendants' Partial Motion for Summary Judgment"; and

2. For such other and further relief as this Court deems just and proper.

ROBERT J. ZAMMITO, JR., et al.,
By their attorneys,

_____
Kevin M. Considine (BBO #542253)
Timothy M. Mitchelson (BBO #630331)
Kevin M. Considine, P.C.
One Boston Place – 28th Floor
Boston, MA 02108
617-723-9900

Dated: June 24, 2005

## CERTIFICATE OF SERVICE

I, Timothy M. Mitchelson, hereby certify that I have this 24th day of June 2005, served a copy by hand delivery of the foregoing to Stephen J. Lyons, Esq., Kleiman, Lyons, Schindler & Gross, 21 Custom House Street, Boston, Massachusetts 02110.

_____
Timothy M. Mitchelson