UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Robert J. Zammito, Jr., et al.**
              **Plaintiff**

           **V.**

**Harry Healey, et al.**
              **Defendant**

CIVIL

CASE NO. 04-10161-REK

## NOTICE OF HEARING

**Keeton, S.D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for _____

A motion hearing on all pending motions for Wednesday, July 27, 2005

at   10:30   A.M. before Judge   Keeton   in Courtroom #   3   on the

  3rd   floor.

SARAH A. THORNTON,
CLERK OF COURT

7/7/05                              By:   /s/ Karen Folan
  Date                                       Deputy Clerk

**Notice mailed to:**

(Notice of Hearing.wpd - 3/7/2005)