## KLIEMAN, LYONS, SCHINDLER & GROSS

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

COUNSELLORS AT LAW

STEPHEN J. LYONS
JAMES C. GROSS
THOMAS C. BAILEY
ANNE J. WHITE
JONATHAN S. SCHINDLER
JANET KENTON-WALKER

OF COUNSEL
RIKKI J. KLIEMAN
ROMEO R. ADAMS

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-443-1000

TELEFAX:   617-443-1010

JOSEPH I. SCHINDLER
(1952-1999)

JAMES E. LYONS
(1921-1993)

August 3, 2005

The Honorable Robert E. Keeton
United States District Court
 for the District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA  02110

Re:   Robert J. Zammito, Jr., et al v. Harry W. Healey, Jr., et al
      Civil Action No: 04-10161-REK

Dear Judge Keeton:

This will serve as the defendant/counterclaim plaintiffs' response to the colloquy on the issue of jurisdiction held with the parties on July 27, 2005 and request by the Court that the parties file briefs addressing the issue on or before August 8, 2005.

After reviewing the cases cited by the Court, especially the case of *Metro Ford Truck Sales, Inc. v. Ford Motor Company*, 145 F.3d 320 (5th Cir. 1998), and further legal research, the defendant/counterclaim plaintiffs agree that for purposes of removal the federal question alleged in the counterclaim does not, in and of itself, confer subject matter jurisdiction upon the federal court and that remand is appropriate.

A copy of this letter has been provided to the clerk for filing and has been served upon counsel for the plaintiffs via first class mail.

Very truly yours,

Stephen J. Lyons

SJL/pjk

cc:   Clerk of the Court
      Kevin Considine, Esquire