*Volume I of II*

 

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TO:

Suffolk Superior Court

RE: Zammito v. Healey, et al.

CIVIL ACTION #: __03-6083__

CRIMINAL #: 04-10161-REK

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ __9/13/05__ by the Honorable __Robert E. Keeton__.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Certified copy of the transferral order;

( X )   Original documents numbered __1-68__

(   )   _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date: __11/29/05__

By: __/s/ Karen Folan__
Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on __11/30/05__ and assigned the following case number: __03-6083__.

By: __[signature]__
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)




OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152



TO:

Suffolk Superior Court

RE: Zammito v. Healey, et al.

CIVIL ACTION #. __03-6083__

CRIMINAL #.

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ __9/13/05__ by the Honorable __Robert E. Keeton__.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Certified copy of the transferral order;

( X )   Original documents numbered __1-68__

(  )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:  11/29/05                By: /s/ Karen Folan
                                   Deputy Clerk

cc:  Counsel, File

---

The documents listed above were received by me on __11/30/05__ and assigned the following case number: __03-6083__.

By: _Samantha Leslie_
    Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)